UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ) ) ) ) ) | Misc. No. 08-0511 (PLF) |
| This document relates to: ) ) ALL CASES ) ) ) | |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR
FURTHER RESPONSE TO PROPOSED CASE MANAGEMENT
ORDER NO. 1 AND MEMORANDUM IN SUPPORT THEREOF

Plaintiffs in Civil Action Nos. 08-cv-882, 901, 919, 940, 962, 1062, 1070, 1381, and 1188 hereby jointly request an extension of time, to and including Friday, August 22, 2008, to submit any further response to proposed Case Management Order No. 1.  Pursuant to Local Rule 7(m), Plaintiffs' counsel have conferred with counsel for the Defendant, who have no objection to this motion.

Plaintiffs' counsel are collectively attempting to reach an agreement on the terms of the proposed Case Management Order No. 1.  Due to the ongoing and cooperative nature of these discussions, Plaintiffs' counsel request an extension of time so that counsel may attempt to reach an agreement on any further response to proposed Case Management Order No. 1.

For the foregoing reason, Plaintiffs respectfully request that this Motion for an Extension of Time be granted.

A proposed Order is submitted herewith.

Dated: August 12, 2008                               Respectfully submitted,

_____/s/_____                                    _____/s/_____
J. L. Chestnut, Jr.                                  Andrew H. Marks, D.C. Bar #932269
Henry Sanders                                        Laurel Pyke Malson, D.C. Bar #317776
Rose M. Sanders                                      CROWELL & MORING LLP
CHESTNUT, SANDERS, SANDERS,                          1001 Pennsylvania Avenue, N.W.
PETTAWAY & CAMPBELL, L.L.C.                          Washington, DC 20004
One Union Street                                     Tel: 202-624-2920
Selma, AL 36701                                      Fax: 202-628-5116
Tel: 334-875-9264                                    E-mail 1: amarks@crowell.com
Fax 334-875-9853                                     E-mail 2: lmalson@crowell.com

_____/s/_____                                    Attorneys for Case Nos. 08-cv-940, 1062, and
David J. Frantz, D.C. Bar #202853                    1381
Brian P. Phelan, D.C. Bar #193441
CONLON, FRANTZ & PHELAN, LLP
1818 N Street, N.W., Suite 400                       _____/s/_____
Washington, DC 20036                                 Harris Pogust, D.C. Bar # AR 0001
Tel: 202-331-7050                                    POGUST, BRASLAW & MILLROOD, LLC
Fax: 202-331-9306                                    161 Washington Street, Suite 1520
                                                     Conshohocken, PA 19428
_____/s/_____                                    Tel: 610-941-4204
Phillip L. Fraas, D.C. Bar #211219                   Fax: 610-941-4245
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., N.W., 12th Floor               Attorney for Case Nos. 08-cv-882, 919, 962,
Washington, DC 20006                                 1070, and 1381
Tel: 202-223-1499
Fax: 202-223-1699

Attorneys for Case No. 08-cv-901 and 1381


_____/s/_____
Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
sweinstein@forthepeople.com

2

       /s/
Gregorio A. Francis
MORGAN & MORGAN, P.A.
20 North Orange Ave., Suite 1600
Orlando, FL 32801
gfrancis@forthepeople.com


       /s/
A. Michael Espy
MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
mike@mikespy.com

Attorneys for Case No. 08-cv-1188

*Of Counsel*:

    James Scott Farrin
    Eric P. Haase
    LAW OFFICES OF JAMES SCOTT FARRIN
    4819 Emperor Boulevard, Suite 200
    Durham, NC 27703
    Tel: 919-688-4991
    Fax: 919-688-4468

    Donald McEachin
    MCEACHIN & GEE LLP
    4719 Nine Mile Road
    Richmond, VA 23223
    Tel: 804-226-4111
    Fax: 804-226-8888

# **CERTIFICATE OF SERVICE**

   I certify that on this 12th day of August 2008, I caused a copy of the foregoing Motion for Entry of Proposed Case Management Order No. 1 and Memorandum in Support to be filed electronically and that the document is available for viewing and downloading from the ECF system.  I also certify that I sent a copy of this document and any attachments by electronic-mail or fax to the following counsel of record in the above-referenced cases:

J. L. Chestnut, Jr.
Henry Sanders
Rose M. Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL 36701
ebryant@csspca.com

David J. Frantz
Brian P. Phelan
CONLON, FRANTZ & PHELAN, LLP
1818 N Street, NW, Suite 400
Washington, DC 20036
dfrantz@conlonfrantz.com
bphelan@conlonfrantz.com

Phillip L. Fraas
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., NW, 12th Floor
Washington, DC 20006
pfraas@phillipfraaslaw.com

Gary E. Mason
THE MASON LAW FIRM, L.L.P.
1225 19th ST., N.W., Suite 500
Washington, DC 20036
gmason@masonlawdc.com

Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
sweinstein@forthepeople.com

James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham, NC 27703
jfarrin@farrin.com

Donald McEachin
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
dmceachin@mceachingee.com

Harris Pogust
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
hpogust@pbmattorneys.com

William Lewis Garrison
William L. Bross, IV
Gayle L. Douglas
HENINGER, GARRISON & DAVIS LLC
Post Office Box 11310
2224 1st Avenue North
Birmingham, AL 35202
wlgarrison@hgdlawfirm.com
wlbross@hgdlawfirm.com
gdouglas@hgdlawfirm.com

Walter B. Calton
Michael A. Rutland
CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
wcalton@bellsouth.net
Fax:  334-687-2466

| | |
|---|---|
| Gregorio A. Francis<br>MORGAN & MORGAN, P.A.<br>20 North Orange Ave., Suite 1600<br>Orlando, FL 32801<br>gfrancis@forthepeople.com | Jimmy Spurlock Calton, Jr.<br>LAW OFFICES OF CALTON & CALTON<br>226 East Broad Street<br>Eufaula, AL 36027<br>caltonlaw@eufaula.rr.com |

A. Michael Espy
MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
mike@mikespy.com

Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
michael.sitcov@usdoj.gov
rachel.hines@usdoj.gov
tamra.moore@usdoj.gov

Doris Coles-Huff
Rudolph Contreras
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
doris.coles@usdoj.gov
rudolph.contreras@usdoj.gov

/s/
Ashley R. Riveira

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION )<br>)<br>)<br>)<br>) | Misc. No. 08-cv-0511 (PLF) |
| This document relates to:<br><br>ALL CASES )<br>)<br>)<br>)<br>) |  |

**PROPOSED ORDER GRANTING EXTENSION OF TIME FOR
FURTHER RESPONSE TO PROPOSED CASE MANAGEMENT ORDER NO. 1**

Upon consideration of the Plaintiffs' motion for an extension of time to negotiate a further response to proposed Case Management Order No. 1, it is hereby ORDERED that Plaintiffs have until Friday, August 22, 2008 to enter their response to Case Management Order No. 1.

So ORDERED this _____ day of _____ , 2008

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE