UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ) ) ) ) | Misc. No. 08-0511 (PLF) |
| This document relates to: ) ) Civil Action No. 08-1381 ) ) | |

ORDER

On June 27, 2008, this Court entered an Order staying for a period of 90 days all cases filed in this Court seeking relief pursuant to Section 14012 of the Food, Conservation and Energy Act of 2008 (the "Act"). As this case will be consolidated with those cases by separate Order this same day, it is hereby

ORDERED that Civil Action No. 08-1381 is stayed in its entirety for a period of 90 days from June 27, 2008 (that is, until September 29, 2008) for the purpose of settlement negotiations. This stay includes but is not limited to defendant's responses to the complaints, the parties' discovery and defendant's disclosure requirements under Section 14012(e); and it is

FURTHER ORDERED that the parties shall report to the Court on the status of their negotiations no later than September 8, 2008.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 15, 2008