**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                      )
In re BLACK FARMERS DISCRIMINATION    )
LITIGATION                            )
                                      )
_____)    **Misc. No. 08-mc-0511 (PLF)**
                                      )
**This document relates to:**          )
                                      )
**ALL CASES**                          )
_____)


**PLAINTIFFS' MOTION TO MODIFY PROPOSED**
**CASE MANAGEMENT ORDER NO. 1 AND MEMORANDUM IN SUPPORT**

Pursuant to the Court's request stated at the July 30, 2008 status conference and in a

minute entry of the same date, Plaintiffs in Civil Action Nos. 08-cv-882, 901, 919, 940, 962,

1062, 1070 and 1381[1] hereby file this Motion to Modify Proposed Case Management Order No.

1.

The original Proposed Case Management Order No. 1, and motion in support, was filed

on July 24, 2008.  Since the July 30 status conference, counsel for the moving Plaintiffs in the

eight above-referenced cases have conferred with counsel for the Defendant and counsel for

Plaintiffs in Civil Action No. 08-cv-1188 in accordance with Local Rule 7(m).  Despite agreeing

on the general case management structure outlined in the proposed Order, counsel for Plaintiffs

in Civil Action No. 08-cv-1188 continue to object to its entry by the Court because of the

_____

[1]      Case No. 08-cv-1381, _Hampton, et al. v. Schafer_, was filed by undersigned counsel on
behalf of more than 15,000 plaintiffs after the July 30 status conference.  This case and the other
cases mentioned above – as well as Case No. 08-cv-1188, whose counsel do not join this motion
– have been consolidated under Misc. No. 08-mc-0511.

designation of Lead Counsel in Paragraph 2 of the proposed Order.[2]  Counsel for the Defendant

have advised that Defendant does not oppose the entry of Revised Case Management Order No.

1.  Defendant has played no role in, and takes no position on, the designation of Plaintiffs' Lead

Counsel, Liaison Counsel, a steering committee, or which attorney(s) will serve in those roles.

The moving Plaintiffs request the entry of Revised Case Management Order No. 1

pursuant to Rule 16 of the Federal Rules of Civil Procedure.  Plaintiffs believe that the proposed

Order will "expedit[e] disposition of the action" and will "establish[] early and continuing

control [of the case] so that [it] will not be protracted because of lack of management."

Accordingly, the moving Plaintiffs respectfully request the Court to grant their Motion.[3]

Dated:  August 22, 2008                          Respectfully submitted,


_____/s/_____                                  _____/s/_____
J. L. Chestnut, Jr.                              Andrew H. Marks, D.C. Bar #932269
Henry Sanders                                    Laurel Pyke Malson, D.C. Bar #317776
Rose M. Sanders                                  CROWELL & MORING LLP
CHESTNUT, SANDERS, SANDERS,                      1001 Pennsylvania Avenue, N.W.
PETTAWAY & CAMPBELL, L.L.C.                       Washington, DC 20004
One Union Street                                 Tel: 202-624-2920
Selma, AL 36701                                  Fax: 202-628-5116
Tel: 334-875-9264                                E-mail 1: amarks@crowell.com
Fax 334-875-9853                                 E-mail 2: lmalson@crowell.com


_____/s/_____                                  _____/s/_____
David J. Frantz, D.C. Bar #202853                James Scott Farrin
Brian P. Phelan, D.C. Bar #193441                LAW OFFICES OF JAMES SCOTT FARRIN
CONLON, FRANTZ & PHELAN, LLP                      4819 Emperor Boulevard, Suite 200
1818 N Street, N.W., Suite 400                   Durham, NC 27703

---

[2]     The initial Motion for Entry of Proposed Case Management Order No. 1 referred to two
cases filed in United States District Court for the Middle District of Alabama (Civil Action Nos.
2:08-cv-520 and 2:08-cv-538).  Those cases have since been dismissed, and many of the
plaintiffs from those cases were included in Civil Action No. 08-cv-1381 filed in this Court on
August 7, 2008.

[3]     For the Court's convenience, the moving Plaintiffs have attached both a Revised
Proposed Case Management Order No. 1 and a "red-line" version of the Proposed Order
showing the changes made to the original Proposed Order.

Washington, DC 20036
Tel: 202-331-7050
Fax: 202-331-9306

_____/s/_____
Phillip L. Fraas, D.C. Bar #211219
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., N.W., 12th Floor
Washington, DC 20006
Tel: 202-223-1499
Fax: 202-223-1699

Attorneys for Case No. 08-cv-901 and 1381

_____/s/_____
William Lewis Garrison
William L. Bross, IV
Gayle L. Douglas
HENINGER, GARRISON & DAVIS LLC
Post Office Box 11310
2224 1st Avenue North
Birmingham, AL 35202
Tel:  205-326-3336
Fax: 205-326-3332

_____/s/_____
Walter B. Calton
Michael A. Rutland
CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
Tel:  334-687-2407
Fax:  334-687-2466

_____/s/_____
Jimmy Spurlock Calton, Jr.
LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027
Tel:  334-687-3563
Fax:  334-687-3564

Attorneys for Case No. 08-cv-1381

Tel: 919-688-4991
Fax: 919-688-4468

_____/s/_____
Donald McEachin
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
Tel: 804-226-4111
Fax: 804-226-8888

Attorneys for Case Nos. 08-cv-940, 1062 and 1381

_____/s/_____
Harris Pogust, D.C. Bar # AR 0001
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel: 610-941-4204
Fax: 610-941-4245

Attorney for Case Nos. 08-cv-882, 919, 962, 1070 and 1381

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 22nd day of August 2008, I caused copies of the foregoing document and attachments to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties of record at the e-mail addresses on file with the Clerk of the Court.

Notice will be delivered by other means to:

Alphonso Michael Espy
MIKE ESPY, PLLC
317 East Capital Street, Suite 101
Jackson, MS 39201
mike@mikespy.com

Gregorio Francis
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
gfrancis@forthepeople.com

Henry Sanders
Rose Sanders
CHESTNUT, SANDERS, SANDERS & PETTAWAY
1 Union Street
Selma, AL 36701
ebryant@csspca.com

_____
/s/
David E. Bell

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION | ) ) ) ) | |
| This document relates to: | ) ) ) ) | Misc. No. 08-mc-0511 (PLF) |
| ALL CASES | ) ) ) | |

## REVISED PROPOSED CASE MANAGEMENT ORDER NO. 1

Pursuant to the enactment of the Food, Conservation and Energy Act of 2008 ("2008 Farm Bill"), which became law on May 22, 2008, nine cases have been commenced in this Court.[1]  In an Order dated August 8, 2008, all cases filed in this Court seeking relief under Section 14012 of the 2008 Farm Bill – including prospective cases – were consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under Case Number 08-mc-0511 and the caption stated above.[2]  Because of the large number of individual plaintiffs[3] asserting claims for relief and because of the potential for confusion, as identified by the Court in an Order dated July 3, 2008, the Court hereby enters this Case Management Order No. 1.  This Order, and any

---

[1]      Case Numbers 08-cv-882, 901, 919, 940, 962, 1062, 1070, 1188 and 1381.

[2]      In light of the case consolidation set forth in the August 8, 2008 Order, the class-action complaint filed in *Kimbrough, et al. v. Schafer*, No. 08-cv-901, will be amended to eliminate the class allegations.

[3]      In addition to the more than 19,000 plaintiffs on whose behalf the nine cases were filed, Counsel for the Plaintiffs in these cases ("Plaintiffs' Counsel"), listed below, have advised the Court that they represent in excess of 40,000 additional potential plaintiffs, on whose behalf claims may be filed under the 2008 Farm Bill.

additional case management orders entered in this litigation, shall govern all cases consolidated

under Case Number 08-mc-0511.

## I.    PLAINTIFFS' COUNSEL

1.    Plaintiffs' Counsel representing Plaintiffs in the nine above-referenced actions

consist of the following firms:

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  334-875-9264
Fax:  334-875-9853

CONLON, FRANTZ & PHELAN, LLP
1818 N Street, N.W., Suite 400
Washington, DC 20036
Tel:  202-331-7050
Fax:  202-331-9306

LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., N.W., 12th floor
Washington, DC 20006
Tel:  202-223-1499
Fax:  202-223-1699

*Attorneys for Plaintiffs in Case Nos. 08-0901
and 08-1381*

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202-624-2500
Fax:  202-628-5116

LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham NC, 27703
Tel:  919-688-4991
Fax:  919-688-4468

MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
Tel:  804-226-4111
Fax:  804-226-8888

*Attorneys for Plaintiffs in Case Nos. 08-0940,
08-1062 and 08-1381*

POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Tel:  610-941-4204
Fax:  610-941-4245

*Attorneys for the Plaintiffs in Case Nos. 08-
0882, 08-0919, 08-0962, 08-1070 and 08-1381*

MORGAN & MORGAN, P.A.
12800 University Drive
Suite 600
Fort Myers, Florida 33907
Tel:  239-433-6880
Fax:  239-433-6836

MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
Tel:  601-355-9101
Fax:  601-355-6021

*Attorneys for Plaintiffs in Case No. 08-1188*

HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
Tel:  205-326-3336
Fax:  205-326-3332

CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
Tel:  334-687-2407
Fax:  334-687-2466

LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

*Attorneys for Plaintiffs in Case No. 08-1381*

## II.    PLAINTIFFS' LEAD COUNSEL[4]

2.    This Court hereby appoints Co-Lead Counsel for all of the actions consolidated

pursuant to this Order:

J. L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  334-875-9264
Fax:  334-875-9853

Andrew H. Marks
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202- 624-2920
Fax:  202-628-5116
E-mail:  amarks@crowell.com

3.    The Court anticipates that the above counsel will take the lead in all proceedings

before the Court, subject to the rights of other counsel as set forth in ¶ 7.A(3) below.

---

[4]    Neither Defendant nor Defendant's counsel played a role in the decision to establish Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, or in the decision about which attorney(s) will serve in those roles.

**III.    PLAINTIFFS' LIAISON COUNSEL**

4.    The Plaintiffs' Liaison Counsel will be:

> Laurel Pyke Malson
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004
> Tel:  202- 624-2576
> Fax:  202-628-5116
> E-mail:  lmalson@crowell.com

5.    The responsibilities of the Plaintiffs' Liaison Counsel shall include:

A.    To receive and distribute to all counsel representing plaintiffs in this consolidated action ("All Plaintiffs' Counsel"), as appropriate, orders, notices and correspondence from the Court;

B.    To coordinate with, and receive calls from, Defendant's Counsel;

C.    To coordinate the filing of notices and papers by All Plaintiffs' Counsel;

D.    To be available for any telephone conferences convened by the Court and to communicate the substance of any such telephone conference to All  Plaintiffs' Counsel;

E.    If Ms. Malson is unavailable, Mr. Marks will perform the duties of the Plaintiffs' Liaison Counsel, and should be contacted in her stead.  Mr. Marks' contact information is listed in ¶ 2 above.

F.    This Court reserves the discretion to replace the Liaison Counsel, on the Liaison Counsel's own request or this Court's own motion, should she become unable to meet her obligations and responsibilities as Liaison Counsel.

**IV.    PLAINTIFFS' STEERING COMMITTEE**

6.    This Court hereby appoints a Plaintiffs' Steering Committee ("PSC") which shall consist of the following attorneys:

J.L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Selma, AL 36702
Tel:  334-875-9264

Harris L. Pogust
POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel:  610-941-4204
E-mail:  hpogust@pbmattorneys.com

James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Blvd, Suite 200
Durham, NC 27703
Tel:  919-688-4468
E-mail:  jfarrin@farrin.com

Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
Tel:  239-433-6880
E-mail:  sweinstein@forthepeople.com

7.    Responsibilities of the PSC include:

A.    <u>Hearings and Meetings</u>

(1)    Call meetings of All Plaintiffs' Counsel for any appropriate purpose,

including coordinating responses to questions of other parties or of the Court;

(2)    Initiate proposals, suggestions, schedules, or joint briefs, and for any other

appropriate matter(s) pertaining to pretrial proceedings, including discovery, as appropriate;[5]

(3)    The PSC or lawyers designated by the PSC shall, together with Lead

Counsel, act as spokesperson for all Plaintiffs at pretrial proceedings and in response to any

---

[5]    Defendant has informed Plaintiffs' Counsel that to the extent claimants opt to follow the expedited procedures in § 14012(f), Defendant would oppose any discovery.

5

inquiries by the Court, subject, of course, to the right of any plaintiffs' counsel to present non-

repetitive individual or different positions as permitted by the Court.

## V.    DEFENDANT'S COUNSEL

8.    Counsel for Defendant are:

Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
Tel:  202-514-5532
E-mail:  michael.sitcov@usdoj.gov
E-mail:  rachel.hines@usdoj.gov
E-mail:  tamra.moore@usdoj.gov

Doris Coles-Huff
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
Tel:  202-514-7170
E-mail:  doris.coles@usdoj.gov

## VI.    PRIVILEGES

9.    The Court recognizes that cooperation among counsel and Parties is essential for

the orderly and expeditious resolution of this litigation.  The communication, transmission or

dissemination of information in connection with the above-captioned cases among the Plaintiffs'

counsel shall not be deemed a waiver of the attorney-client privilege, the protection afforded by

the work product doctrine, the protection afforded to material prepared for litigation, the joint

prosecution privilege, or any other privilege to which a party may be entitled.  Cooperative

efforts, as described above, shall not in any way be used against any of the Parties, and shall not

be cited as purported evidence of a conspiracy, wrongful action or wrongful conduct at the trial

of any action.  Nothing in this paragraph shall in any way affect the applicability of any

privileges or protection against disclosure otherwise available under law.

## VII.    BLACK FARMERS DISCRIMINATION LITIGATION WEBSITE AND PHONE BANK

10.     In the interest of disseminating consistent, accurate and reliable information for

claimants, potential claimants and their respective counsel who are seeking relief under the 2008

Farm Bill, the PSC will establish a publicly available website and a phone bank with a toll-free

number.  Plaintiffs' Counsel will be solely responsible for the information on the website,

including the accuracy of its content.  The website shall provide the toll-free number to which

the Court, the *Pigford* Monitor and/or Defendant's Counsel may refer potential claimants for

information.  The website and phone bank will be established solely for the purpose of this

consolidated litigation and will provide information concerning, *inter alia*, case status, eligibility

information, filing procedures, hearing information and claims administration.


**IT IS SO ORDERED.**

Dated this ___ day of _____ 2008.

BY THE COURT:


_____

Paul L. Friedman
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
~~NATIONAL~~In re **BLACK FARMERS** DISCRIMINATION   )
~~ASSOCIATION,~~ ~~_et al.,_~~                        )
LITIGATION                                            )
        )                                             )
        ~~Plaintiffs,~~                              )
                                                      )
        ~~v.~~                                       )    ~~Civil Action~~
_____                    )_____ Misc. **No. 08-**~~cv-940~~mc-0511 **(PLF)**

        )
~~ED SCHAFER, Secretary of the United~~             )
~~States Department of Agriculture,~~               )
                                                      )
        ~~Defendant.~~                               )
═══════════════════════════════════════              )
~~MARY LEE AGEE, _et al.,_~~                         )
                                                      )
        ~~Plaintiffs,~~                              )
                                                      )
        ~~v.~~                                       )    ~~Civil Action No. 08-cv-882 (PLF)~~
~~ED SCHAFER, Secretary of the United~~             )
~~States Department of Agriculture,~~               )
                                                      )
        ~~Defendant.~~                               )
═══════════════════════════════════════              )
~~FOREST KIMBROUGH, _et al.,_~~                      )
                                                      )
        ~~Plaintiffs,~~                              )
                                                      )
        ~~v.~~                                       )    ~~Civil Action No. 08-cv-901 (PLF)~~
                                                      )
~~ED SCHAFER, Secretary of the United~~             )
~~States Department of Agriculture,~~               )
                                                      )
        ~~Defendant.~~                               )
═══════════════════════════════════════              )



LINDA ADAMS, *et al.*,                              )
                                                   )
        Plaintiffs,                                )
                                                   )
        v.                                         )        Civil Action No. 08-cv-919 (PLF)
                                                   )
ED SCHAFER, Secretary of the United                )
States Department of Agriculture,                  )
                                                   )
        Defendant.                                 )
_____)
WILLIE E. BENNETT, *et al.*,                       )
                                                   )
        Plaintiffs,                                )
                                                   )
        v.                                         )        Civil Action No. 08-cv-962 (PLF)
                                                   )
ED SCHAFER, Secretary of the United                )
States Department of Agriculture,                  )
                                                   )
        Defendant.                                 )
_____)
AMBROSE McKINNEY, *et al.*,                        )
                                                   )
        Plaintiffs,                                )
                                                   )
        v.                                         )        Civil Action No. 08-cv-1062 (PLF)
                                                   )
ED SCHAFER, Secretary of the United                )
States Department of Agriculture,                  )
                                                   )
        Defendant.                                 )
_____)
JAMES BOLTON, *et al.*,                            )
                                                   )
        Plaintiffs,                                )
                                                   )
        v.                                         )        Civil Action No. 08-cv-1070 (PLF)
                                                   )
ED SCHAFER, Secretary of the United                )
States Department of Agriculture,                  )
                                                   )
        Defendant.                                 )BLACK FARMERS AND )
_____)
AGRICULTURISTS                                     )
ASSOCIATION, INC., *et al.*,                        )



|  | ) |  |
| --- | --- | --- |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-1188 (PLF) |
| | ) | |
| ED SCHAFER, Secretary of the United | ) | |
| States Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| **This document relates to:** | ) | |
| | ) | |
| **ALL CASES** | ) | |
| | ) | |

**REVISED PROPOSED CASE MANAGEMENT ORDER NO. 1**

Pursuant to the enactment of the Food, Conservation and Energy Act of 2008 ("2008 Farm Bill"), which became law on May 22, 2008, ~~the eight above-captioned actions were~~ nine cases have been commenced in this Court. ~~The plaintiffs in all of these actions assert claims for[1]~~ In an Order dated August 8, 2008, all cases filed in this Court seeking relief under Section 14012 of the 2008 Farm Bill. – including prospective cases – were consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under Case Number 08-mc-0511 and the caption stated above.[2]

Because of the large number of individual plaintiffs[3] asserting claims for relief and because of the potential for confusion, as identified by the Court

in an Order dated July 3, 2008, the Court hereby enters this Case Management Order No. 1. This

Order, and any additional case management orders entered in this litigation, shall govern all

cases consolidated under Case Number 08-mc-0511.

~~I.     CASE CONSOLIDATION~~
**I.     PLAINTIFFS' COUNSEL**

---

[1]     Case Numbers 08-cv-882, 901, 919, 940, 962, 1062, 1070, 1188 and 1381.
[2]     In light of the case consolidation set forth in the August 8, 2008 Order, the class-action complaint filed in *Kimbrough, et al. v. Schafer*, No. 08-cv-901, will be amended to eliminate the class allegations.
[3]     In addition to the more than 19,000 plaintiffs on whose behalf the nine cases were filed, Counsel for the Plaintiffs in these cases ("Plaintiffs' Counsel"), listed below, have advised the Court that they represent in excess of 40,000 additional potential plaintiffs, on whose behalf claims may be filed under the 2008 Farm Bill.

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions and any other timely-filed actions in the U.S. District Court for the District of Columbia relating to relief under Section 14012 of the 2008 Farm Bill are hereby consolidated and will be coordinated for all purposes.  This action shall be captioned "*In re Black Farmers Discrimination Litigation*," and the case file shall be maintained under a Master Civil Action No. 2008 _____.

2.    In addition to the more than 4,000 plaintiffs on whose behalf the above-captioned cases were filed, Counsel for the Plaintiffs in these cases ("Plaintiffs' Counsel"), listed below, have advised the Court that they represent approximately 45,000 additional potential plaintiffs, on whose behalf claims may be filed under the 2008 Farm Bill.  Any and all such new claims on behalf of these claimants represented by Plaintiffs' Counsel, together with any other timely-filed complaints in the U.S. District Court for the District of Columbia by other counsel for claimants, will be consolidated and coordinated under this action.[1]

1.    3. Plaintiffs' Counsel representing Plaintiffs in the eightnine above-captionedreferenced actions consist of the following firms:

---

[1]    In light of the consolidation set forth in this Order, the class-action complaint filed in *Kimbrough, et al. v. Schafer*, No. 08-cv-901, will be amended to eliminate the class allegations.

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  334-875-9264
Fax:  334-875-9853

CONLON, FRANTZ & PHELAN, LLP
1818 N Street, N.W., Suite 400
Washington, DC 20036
Tel:  202-331-7050
Fax:  202-331-9306

LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., N.W., 12th floor
Washington, DC 20006
Tel:  202-223-1499
Fax:  202-223-1699

*Attorneys for Plaintiffs in Case No Nos. 08-0901 and 08-1381*

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202-624-2500
Fax:  202-628-5116

LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham NC, 27703
Tel:  919-688-4991
Fax:  919-688-4468

MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
Tel:  804-226-4111
Fax:  804-226-8888

*Attorneys for Plaintiffs in Case Nos. 08-0940 0940, 08-1062 and 08-1062 1381*

POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Tel: 610-941-4204
Fax:  610-941-4245

*Attorneys for the Plaintiffs in Case Nos. 08-0882, 08-0919, 08-0962 and 0962, 08-1070 and 08-1381*

THE MASON LAW FIRM, L.L.P.
1225 19th ST., N.W., Suite 500
Washington, DC 20036
Tel:  202-429-2290
Fax:  202-429-2294

MORGAN & MORGAN, P.A.
12800 University Drive
Suite 600
Fort Myers, Florida 33907
Tel:  239-433-6880

HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North

Fax:  239-433-6836

MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
Tel:  601-355-9101
Fax:  601-355-6021

*Attorneys for Plaintiffs in Case No. 08-1188*

Birmingham, AL 35203
Tel:  205-326-3336
Fax:  205-326-3332

CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
Tel:  334-687-2407
Fax:  334-687-2466

LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

*Attorneys for Plaintiffs in Case No. 08-1381*

        4.      In addition, there are two cases, also filed under Section 14012 of the 2008 Farm

Bill, currently pending in the United States District Court for the Middle District of Alabama,

under case numbers 2:08-cv-520 and 2:08-cv-538.  Discussions are underway regarding the

transfer of these cases to this Court.  The following firms are Counsel for Plaintiffs in those

cases:

                HENINGER GARRISON DAVIS, LLC
                2224 1st Avenue North
                Birmingham, AL 35203
                Tel:  205-326-3336
                Fax:  205-326-3332

                WALTER B. CALTON, ATTORNEY AT LAW
                312 East Broad Street
                Eufaula, AL 36027

                RUTLAND & JANKIEWICZ, LLC
                128 North Orange Avenue
                Eufaula, AL 35027

                LAW OFFICES OF CALTON & CALTON
                226 East Broad Street
                Eufaula, AL 36027

5.   This Order, and any additional case management orders entered in this litigation, shall govern each case consolidated and coordinated herein.

## II.    PLAINTIFFS' LEAD COUNSEL[24]

2.   6.  This Court hereby appoints Co-Lead Counsel for all of the actions consolidated pursuant to this Order:

| | |
|---|---|
| J. L. Chestnut, Jr. | Andrew H. Marks |
| CHESTNUT, SANDERS, SANDERS, | CROWELL & MORING LLP |
| PETTAWAY & CAMPBELL, L.L.C. | 1001 Pennsylvania Avenue, N.W. |
| One Union Street | Washington, DC  20004 |
| Selma, AL  36701 | Tel:  202- 624-2920 |
| Tel:  334-875-9264 | Fax:  202-628-5116 |
| Fax:  334-875-9853 | E-mail:  amarks@crowell.com |

3.   7.  The Court anticipates that the above counsel will take the lead in all proceedings before the Court, subject to the rights of other counsel as set forth in ¶ 11.7.A(3) below.

## III.    PLAINTIFFS' LIAISON COUNSEL

4.   8.  The Plaintiffs' Liaison Counsel will be:

Laurel Pyke Malson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202- 624-2576
Fax:  202-628-5116
E-mail:  lmalson@crowell.com

---

[24]   Neither Defendant nor Defendant's counsel played a role in the decision to establish Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, or in the decision about which attorney(s) will serve in those roles.

5.    ~~9.~~ The responsibilities of the Plaintiffs' Liaison Counsel shall include:

A.    To receive and distribute to all counsel representing plaintiffs in this consolidated action ("All Plaintiffs' Counsel"), as appropriate, orders, notices and correspondence from the Court;

B.    To coordinate with, and receive calls from, Defendant's Counsel;

C.    To coordinate the filing of notices and papers by All Plaintiffs' Counsel;

D.    To be available for any telephone conferences convened by the Court and to communicate the substance of any such telephone conference to All Plaintiffs' Counsel;

E.    If Ms. Malson is unavailable, Mr. Marks will perform the duties of the Plaintiffs' Liaison Counsel, and should be contacted in her stead.  Mr. Marks' contact information is listed in ¶ ~~6~~2 above.

F.    This Court reserves the discretion to replace the Liaison Counsel, on the Liaison Counsel's own request or this Court's own motion, should she become unable to meet her obligations and responsibilities as Liaison Counsel.

## IV.    PLAINTIFFS' STEERING COMMITTEE

6.    ~~10.~~ This Court hereby appoints a Plaintiffs' Steering Committee ("PSC") which shall consist of the following attorneys:

> J.L. Chestnut, Jr.
> CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
> One Union Street
> Selma, AL 36702
> Tel:  334-875-9264
>
> Harris L. Pogust
> POGUST, BRASLOW & MILLROOD, LLC
> 161 Washington Street, Suite 1520
> Conshohocken, PA 19428
> Tel:  610-941-4204

E-mail:  hpogust@pbmattorneys.com

James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Blvd, Suite 200
Durham, NC 27703
Tel:  919-688-4468
E-mail:  jfarrin@farrin.com

Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
Tel:  239-433-6880
E-mail:  sweinstein@forthepeople.com

7.    11. Responsibilities of the PSC include:

A.    Hearings and Meetings

(1)    Call meetings of All Plaintiffs' Counsel for any appropriate purpose,

including coordinating responses to questions of other parties or of the Court;

(2)    Initiate proposals, suggestions, schedules, or joint briefs, and for any other

appropriate matter(s) pertaining to pretrial proceedings, including discovery, as appropriate;[35]

(3)    The PSC or lawyers designated by the PSC shall, together with Lead

Counsel, act as spokesperson for all Plaintiffs at pretrial proceedings and in response to any

inquiries by the Court, subject, of course, to the right of any plaintiffs' counsel to present non-

repetitive individual or different positions as permitted by the Court.

**V.    DEFENDANT'S COUNSEL**

8.    12. Counsel for Defendant will be are:

Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE

---

[35]    Defendant has informed Plaintiffs' Counsel that to the extent claimants opt to follow the expedited
procedures in § 14012(f), Defendant would oppose any discovery.

Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
Tel:  202-514-5532
E-mail:  michael.sitcov@usdoj.gov
E-mail:  rachel.hines@usdoj.gov
E-mail:  tamra.moore@usdoj.gov

Doris Coles-Huff
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
Tel:  202-514-7170
E-mail:  doris.coles@usdoj.gov

## VI.    PRIVILEGES

9.    ~~13.~~ The Court recognizes that cooperation among counsel and Parties is essential for the orderly and expeditious resolution of this litigation.  The communication, transmission or dissemination of information in connection with the above-captioned cases among the Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege, the protection afforded by the work product doctrine, the protection afforded to material prepared for litigation, the joint prosecution privilege, or any other privilege to which a party may be entitled.  Cooperative efforts, as described above, shall not in any way be used against any of the Parties, and shall not be cited as purported evidence of a conspiracy, wrongful action or wrongful conduct at the trial of any action.  Nothing in this paragraph shall in any way affect the applicability of any privileges or protection against disclosure otherwise available under law.

## VII.    BLACK FARMERS DISCRIMINATION LITIGATION WEBSITE AND PHONE BANK

10.    ~~14.~~ In the interest of disseminating consistent, accurate and reliable information for claimants, potential claimants and their respective counsel who are seeking relief under the 2008

Farm Bill, the PSC will establish a publicly available website and a phone bank with a toll-free number. Plaintiffs' Counsel will be solely responsible for the information on the website, including the accuracy of its content. The website shall provide the toll-free number to which the Court, the *Pigford* Monitor and/or Defendant's Counsel may refer potential claimants for information. The website and phone bank will be established solely for the purpose of this consolidated litigation and will provide information concerning, *inter alia*, case status, eligibility information, filing procedures, hearing information and claims administration.

**IT IS SO ORDERED.**

Dated this ____ day of _____ 2008.

BY THE COURT:

_____

Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Document comparison done by DeltaView on Friday, August 22, 2008 5:06:54 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://DCIWDMS/DCACTIVE/6109324/4 |
| Document 2 | interwovenSite://DCIWDMS/DCACTIVE/6236783/2 |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 53 |
| Deletions | 147 |
| Moved from | 2 |
| Moved to | 2 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 204 |