UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ) ) ) ) ) | Misc. No. 08-mc-0511 (PLF) |
| This document relates to: ) ) ALL CASES ) ) | |

**REPLY TO THE MORGAN GROUP'S COMMENTS TO PROPOSED CASE MANAGEMENT ORDER NO. 1**

Plaintiffs in Civil Action Nos. 08-cv-882, 901, 919, 940, 962, 1062, 1070 and 1381 submit this reply to the "Morgan Group's" Comments to the Proposed Case Management Order No. 1. (Docket #5) This reply is solely directed to the unfounded remarks of the Morgan Group regarding the role of J.L. Chestnut, Jr. in this case. The Morgan Group again objects to the appointment of Mr. Chestnut as co-lead counsel with Andrew H. Marks of Crowell & Moring LLP.

There is no attorney more qualified or deserving of the role as a lead counsel than J.L. Chestnut, Jr. Mr. Chestnut has served African American farmers and minority farm organizations throughout the 50 years of his legal career. He is co-lead counsel in the original *Pigford* case, played the key role in negotiating the settlement, obtaining court approval and leading implementation of the settlement that has generated $1 billion in compensation for African American farmers victimized by USDA discrimination. Mr. Chestnut has played an active role in this case thus far and will fully perform the responsibilities of co-lead counsel with Mr. Marks.

1

The Morgan Group's characterization of Mr. Chestnut's proposed role as lead counsel as an "honorary designation" and a "count-anointed title but-for his group's ongoing marketing activities" is demeaning and baseless. Mr. Chestnut is uniquely qualified to act as a lead counsel in this case. More importantly, the African American farmers who are plaintiffs will be best served if Mr. Chestnut is a lead counsel for them.

Dated:  September 2, 2008                     Respectfully submitted,

| /s/ | /s/ |
|---|---|
| J. L. Chestnut, Jr. | Andrew H. Marks, D.C. Bar #932269 |
| Henry Sanders | Laurel Pyke Malson, D.C. Bar #317776 |
| Rose M. Sanders | CROWELL & MORING LLP |
| CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, L.L.C. | 1001 Pennsylvania Avenue, N.W. |
| One Union Street | Washington, DC 20004 |
| Selma, AL 36701 | Tel: 202-624-2920 |
| Tel: 334-875-9264 | Fax: 202-628-5116 |
| Fax 334-875-9853 | E-mail 1: amarks@crowell.com |
|  | E-mail 2: lmalson@crowell.com |

| /s/ | /s/ |
|---|---|
| David J. Frantz, D.C. Bar #202853 | James Scott Farrin |
| Brian P. Phelan, D.C. Bar #193441 | LAW OFFICES OF JAMES SCOTT FARRIN |
| CONLON, FRANTZ & PHELAN, LLP | 4819 Emperor Boulevard, Suite 200 |
| 1818 N Street, N.W., Suite 400 | Durham, NC 27703 |
| Washington, DC 20036 | Tel: 919-688-4991 |
| Tel: 202-331-7050 | Fax: 919-688-4468 |
| Fax: 202-331-9306 |  |

| /s/ | /s/ |
|---|---|
| Phillip L. Fraas, D.C. Bar #211219 | Donald McEachin |
| LAW OFFICE OF PHILLIP L. FRAAS | MCEACHIN & GEE LLP |
| 818 Connecticut Ave., N.W., 12th Floor | 4719 Nine Mile Road |
| Washington, DC 20006 | Richmond, VA 23223 |
| Tel: 202-223-1499 | Tel: 804-226-4111 |
| Fax: 202-223-1699 | Fax: 804-226-8888 |
| Attorneys for Case No. 08-cv-901 and 1381 | Attorneys for Case Nos. 08-cv-940, 1062 and 1381 |

/s/                                                           /s/

2

William Lewis Garrison
William L. Bross, IV
Gayle L. Douglas
HENINGER, GARRISON & DAVIS LLC
Post Office Box 11310
2224 1st Avenue North
Birmingham, AL 35202
Tel: 205-326-3336
Fax: 205-326-3332

_____/s/_____
Walter B. Calton
Michael A. Rutland
CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
Tel: 334-687-2407
Fax: 334-687-2466

_____/s/_____
Jimmy Spurlock Calton, Jr.
LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027
Tel: 334-687-3563
Fax: 334-687-3564

Attorneys for Case No. 08-cv-1381

Harris Pogust, D.C. Bar # AR 0001
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel: 610-941-4204
Fax: 610-941-4245

Attorney for Case Nos. 08-cv-882, 919, 962, 1070 and 1381

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of September, I caused a copy of the foregoing Reply to the Morgan Group's Comments to Proposed Case Management Order No. 1 to be filed electronically and that the document is available for viewing and downloading from the ECF system. I also certify that I sent a copy of this document and any attachments by electronic-mail or fax to the following counsel of record in the above-referenced cases:

| | |
|---|---|
| J. L. Chestnut, Jr.<br>Henry Sanders<br>Rose M. Sanders<br>CHESTNUT, SANDERS, SANDERS,<br>PETTAWAY & CAMPBELL, L.L.C.<br>One Union Street<br>Selma, AL 36701<br>ebryant@csspca.com | James Scott Farrin<br>LAW OFFICES OF JAMES SCOTT FARRIN<br>4819 Emperor Boulevard, Suite 200<br>Durham, NC 27703<br>jfarrin@farrin.com |

Phillip L. Fraas
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., NW, 12th Floor
Washington, DC 20006
pfraas@phillipfraaslaw.com

Gary E. Mason
THE MASON LAW FIRM, L.L.P.
1225 19th ST., N.W., Suite 500
Washington, DC 20036
gmason@masonlawdc.com

Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
sweinstein@forthepeople.com

Gregorio A. Francis
MORGAN & MORGAN, P.A.
20 North Orange Ave., Suite 1600
Orlando, FL 32801
gfrancis@forthepeople.com

A. Michael Espy
MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
mike@mikespy.com

Michael Sitcov
Rachel J. Hines
Tamra T. Moore

Donald McEachin
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
dmceachin@mceachingee.com

Harris Pogust
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
hpogust@pbmattorneys.com

William Lewis Garrison
William L. Bross, IV
Gayle L. Douglas
HENINGER, GARRISON & DAVIS LLC
Post Office Box 11310
2224 1st Avenue North
Birmingham, AL 35202
wlgarrison@hgdlawfirm.com
wlbross@hgdlawfirm.com
gdouglas@hgdlawfirm.com

Walter B. Calton
Michael A. Rutland
CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
wcalton@bellsouth.net
Fax:  334-687-2466

Jimmy Spurlock Calton, Jr.
LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027
caltonlaw@eufaula.rr.com

4

UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC 20001
michael.sitcov@usdoj.gov
rachel.hines@usdoj.gov
tamra.moore@usdoj.gov

Doris Coles-Huff
Rudolph Contreras
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
doris.coles@usdoj.gov
rudolph.contreras@usdoj.gov

/s/
David J. Frantz