# Exhibit A



**Class Action & Claims Solutions**
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Customer No. 4120
Invoice No. 206912
Invoice Date 07/31/11
Due Date 08/30/11
Page 1

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| Billing Period: 07/01/31 to 07/31/11 | | | |
| RE: Black Farmers Discrimination Litigation | | | |
| **Notification Campaign** | | | |
| Detailed Notice Booklet | 50,000 | 0.56 | 28,000.00 |
| Custom Envelopes | 100,000 | 0.02 | 2,000.00 |
| Receive and Enter Returned Mail into Database | 2,818 | 0.25 | 704.50 |
| Enter Changes of Address - Postal Forwards | 41 | 0.45 | 18.45 |
| Correspondence & Claim Notification Letters | 48,962 | 0.65 | 31,825.30 |
| Postcard Remails | 802 | 0.12 | 96.24 |
| Postcard Remails June Adjustment | 6,735 | -0.53 | -3,569.55 |
| AllFind Address Locator | 52 | 0.25 | 13.00 |
| **Dashboard Reporting & Secure Data/Image Access** | | | |
| Dashboard Monthly Support | 1 | 750.00 | 750.00 |
| **Call Center and Website** | | | |
| Monthly Hosting and Website Support | 1 | 400.00 | 400.00 |
| IVR Minutes | 317,893.5 | 0.19 | 60,399.77 |
| Notice Request Transcription | 8,501 | 0.49 | 4,165.49 |
| Contact Center Staff - Shared | 262,748.02 | 0.95 | 249,610.62 |
| **Claim Form Intake and Review** | | | |

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | 0-10 Days | 11-30 Days | 31-90 Days | 90+ Days | |
| 560,101.62 | 0.00 | 560,101.62 | 0.00 | 0.00 | Continued |

Taxable charges indicated by asterisk(*)

PLEASE REMIT IN US FUNDS.    TERMS: NET 30 DAYS



Remittance Copy

Ex. A-1



**Class Action & Claims Solutions**
10300 SW Allen Blvd
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Customer No. 4120
Invoice No. 206912
Invoice Date 07/31/11
Due Date 08/30/11
Page 2

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 07/01/31 to 07/31/11** | | | |
| Paper Claim Intake | 62 | 3.50 | 217.00 |
| Imaging (June & July) | 15,869 | 0.12 | 1,904.28 |
| **Expenses** | | | |
| Postage | 29,668.81 | 1.00 | 29,668.81 |
| **Standard Hourly Rates** | | | |
| Claims Analyst | 551.25 | 65.00 | 35,831.25 |
| Claims Specialist | 193.49 | 77.00 | 14,898.73 |
| Call Center Manager | 121.09 | 77.00 | 9,323.93 |
| Project Coordinator | 200.06 | 92.00 | 18,405.52 |
| Technical Support | 234.17 | 115.00 | 26,929.55 |
| Project Manager | 119.66 | 135.00 | 16,154.10 |
| Systems & Programming | 179.5 | 175.00 | 31,412.50 |
| Senior Management | 0.75 | 230.00 | 172.50 |
| **Other Standard Rates** | | | |
| Photocopies | 944 | 0.12 | 113.28 |
| Box Storage | 18 | 1.50 | 27.00 |
| Long Distance | 7,866.93 | 0.08 | 629.35 |

| | | Sales Tax | 0.00 |
|---|---|---|---:|
| **Account Balance** | | **Invoice Total:** | **560,101.62** |

| Balance | 0-10 Days | 11-30 Days | 31-90 Days | 90+ Days |
|---|---|---|---|---|
| 560,101.62 | 0.00 | 560,101.62 | 0.00 | 0.00 |

Taxable charges indicated by asterisk(*).

PLEASE REMIT IN US FUNDS.   TERMS: NET 30 DAYS



Ex. A-2



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

| | |
|---|---|
| Customer No. | 4120 |
| Invoice No. | 207711 |
| Invoice Date | 08/31/11 |
| Due Date | 09/30/11 |
| Page | 1 |

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 08/01/11 to 08/31/11** | | | |
| **RE: Black Farmers Discrimination Litigation** | | | |
| **Notification Campaign** | | | |
| Print and Mail Postcard Notice | 385 | 0.12 | 46.20 |
| Enter Changes of Address - Postal Forwards | 41 | 0.45 | 18.45 |
| Correspondence & Claim Notification Letters | 12,865 | 0.65 | 8,362.25 |
| AllFind Address Locator | 12 | 0.25 | 3.00 |
| **Dashboard Reporting & Secure Data/Image Access** | | | |
| Dashboard Monthly Support | 1 | 750.00 | 750.00 |
| **Call Center and Website** | | | |
| Monthly Hosting and Website Support | 1 | 400.00 | 400.00 |
| IVR Minutes | 175,561.55 | 0.19 | 33,356.69 |
| Notice Request Transcription | 477 | 0.49 | 233.73 |
| Contact Center Staff - Shared | 161,162.25 | 0.95 | 153,104.14 |
| **Claim Form Intake and Review** | | | |
| Paper Claim Intake | 22 | 3.50 | 77.00 |
| Imaging | 21,446 | 0.12 | 2,573.52 |
| **Expenses** | | | |
| Postage | 6,374.3 | 1.00 | 6,374.30 |

| Account Balance | | | | | |
|---|---|---|---|---|---|
| Balance | 0-10 Days | 11-30 Days | 31-90 Days | 90+ Days | |
| 1,005,830.21 | 0.00 | 445,728.59 | 560,101.62 | 0.00 | |

Continued

Taxable charges indicated by asterisk(*).   PLEASE PAY FROM THIS INVOICE.   TERMS: NET 30 DAYS



Ex. A-3



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Customer No. 4120
Invoice No. 207711
Invoice Date 08/31/11
Due Date 09/30/11
Page 2

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax Id: 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 08/01/11 to 08/31/11** | | | |
| **Standard Hourly Rates** | | | |
| Claims Analyst | 1,204.75 | 65.00 | 78,308.75 |
| Claims Specialist | 92.08 | 77.00 | 7,090.16 |
| Call Center Manager | 115.08 | 77.00 | 8,861.16 |
| Project Coordinator | 190.33 | 92.00 | 17,510.36 |
| Technical Support | 182 | 115.00 | 20,930.00 |
| Project Manager - Travel | 10.75 | 67.50 | 725.63 |
| Project Manager | 121 | 135.00 | 16,335.00 |
| Systems & Programming | 498.25 | 175.00 | 87,193.75 |
| Senior Management | 9 | 230.00 | 2,070.00 |
| **Other Standard Rates** | | | |
| Photocopies | 4,452 | 0.12 | 534.24 |
| Box Storage | 22 | 1.50 | 33.00 |
| Long Distance | 6,464.92 | 0.08 | 517.19 |
| Delivery Charges | 320.07 | 1.00 | 320.07 |

| | | Account Balance | | | | Sales Tax | 0.00 |
|---|---|---|---|---|---|---|---:|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** | | **Invoice Total:** | **445,728.59** |
| 1,005,830.21 | 0.00 | 445,728.59 | 560,101.62 | 0.00 | | | |

Taxable charges indicated by asterisk(*).  PLEASE PAY FROM THIS INVOICE.  TERMS: NET 30 DAYS



Customer Copy

Ex. A-4



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Customer No.   4120
Invoice No.    208500
Invoice Date   09/30/11
Due Date       10/30/11
Page           1

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 09/01/11 to 09/30/11** | | | |
| **RE: Black Farmers Discrimination Litigation** | | | |
| **Notification Campaign** | | | |
| Print and Mail Postcard Notice | 82 | 0.12 | 9.84 |
| Enter Changes of Address - Postal Forwards | 41 | 0.45 | 18.45 |
| Correspondence & Claim Notification Letters | 15,281 | 0.65 | 9,932.65 |
| AllFind Address Locator | 202 | 0.25 | 50.50 |
| **Dashboard Reporting & Secure Data/Image Access** | | | |
| Dashboard Monthly Support | 1 | 750.00 | 750.00 |
| **Call Center and Website** | | | |
| Monthly Hosting and Website Support | 1 | 400.00 | 400.00 |
| IVR Minutes | 125,164.8 | 0.19 | 23,781.31 |
| Contact Center Staff - Shared | 134,170.6 | 0.95 | 127,462.07 |
| **Claim Form Intake and Review** | | | |
| Paper Claim Intake | 18 | 3.50 | 63.00 |
| Imaging | 14,486 | 0.12 | 1,738.32 |
| **Expenses** | | | |

| Account Balance | | | | | |
|---|---|---|---|---|---|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** | |
| 1,373,507.35 | 0.00 | 367,677.14 | 1,005,830.21 | 0.00 | Continued |

Taxable charges indicated by asterisk(*).           PLEASE REMIT IN US FUNDS.   TERMS: NET 30 DAYS



Remittance Copy

Ex. A-5



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Customer No.  4120
Invoice No.   208500
Invoice Date  09/30/11
Due Date      10/30/11
Page          2

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax Id:  93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 09/01/11 to 09/30/11** | | | |
| Postage | 7,646.97 | 1.00 | 7,646.97 |
| **Standard Hourly Rates** | | | |
| Claims Analyst | 705.5 | 65.00 | 45,857.50 |
| Claims Specialist | 239.76 | 77.00 | 18,461.52 |
| Call Center Manager | 92.33 | 77.00 | 7,109.41 |
| Project Coordinator | 135.98 | 92.00 | 12,510.16 |
| Technical Support | 198.76 | 115.00 | 22,857.40 |
| Project Manager | 73.92 | 135.00 | 9,979.20 |
| Project Manager - Travel | 6.25 | 67.50 | 421.88 |
| Systems & Programming | 410 | 175.00 | 71,750.00 |
| Senior Management | 16.75 | 230.00 | 3,852.50 |
| **Other Standard Rates** | | | |
| Photocopies | 107 | 0.12 | 12.84 |
| Box Storage | 30 | 1.50 | 45.00 |
| Long Distance | 3,614.52 | 0.08 | 289.16 |
| Delivery Charges | 18.66 | 1.00 | 18.66 |
| Travel | 2,658.8 | 1.00 | 2,658.80 |

| Account Balance | | | | | | Sales Tax | 0.00 |
|---|---|---|---|---|---|---|---:|
| Balance | 0-10 Days | 11-30 Days | 31-90 Days | 90+ Days | | **Invoice Total:** | **367,677.14** |
| 1,373,507.35 | 0.00 | 367,677.14 | 1,005,830.21 | 0.00 | | | |

Taxable charges indicated by asterisk(*)   PLEASE REMIT IN US FUNDS.   TERMS: NET 30 DAYS



Ex. A-6



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Customer No. 4120
Invoice No. 209347
Invoice Date 10/31/11
Due Date 11/30/11
Page 1

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 10/01/11 to 10/31/11** | | | |
| **RE: Black Farmers Discrimination Litigation** | | | |
| **Notification Campaign** | | | |
| Print and Mail Postcard Notice | 23 | 0.12 | 2.76 |
| Receive and Enter Returned Mail into Database | 2,103 | 0.25 | 525.75 |
| Correspondence & Claim Notification Letters | 3,830 | 0.65 | 2,489.50 |
| **Dashboard Reporting & Secure** | | | |
| **Data/Image Access** | | | |
| Dashboard Monthly Support | 1 | 750.00 | 750.00 |
| **Call Center and Website** | | | |
| Monthly Hosting and Website Support | 1 | 400.00 | 400.00 |
| IVR Minutes | 71,050.63 | 0.19 | 13,499.62 |
| Contact Center Staff - Shared | 82,289.3 | 0.95 | 78,174.84 |
| **Claim Form Intake and Review** | | | |
| Imaging | 11,508 | 0.12 | 1,380.96 |
| **Expenses** | | | |
| Postage | 1,975.65 | 1.00 | 1,975.65 |
| **Standard Hourly Rates** | | | |
| Clerical | 1.92 | 40.00 | 76.80 |

| Account Balance | | | | | | |
|---|---|---|---|---|---|---|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** | | Continued |
| 1,303,693.66 | 272,520.09 | 367,677.14 | 663,496.43 | 0.00 | | |

Taxable charges Indicated by asterisk(*).     PLEASE PAY FROM THIS INVOICE.     TERMS: NET 30 DAYS




Customer Copy

Ex. A-7



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

| | |
|---|---|
| Customer No. | 4120 |
| Invoice No. | 209347 |
| Invoice Date | 10/31/11 |
| Due Date | 11/30/11 |
| Page | 2 |

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:**   93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 350-5221

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 10/01/11 to 10/31/11** | | | |
| Claims Analyst | 492.67 | 65.00 | 32,023.55 |
| Claims Specialist | 350.42 | 77.00 | 26,982.34 |
| Call Center Manager | 88.58 | 77.00 | 6,820.66 |
| Project Coordinator | 138.91 | 92.00 | 12,779.72 |
| Technical Support | 144.25 | 115.00 | 16,588.75 |
| Project Manager | 109.92 | 135.00 | 14,839.20 |
| Systems & Programming | 348.75 | 175.00 | 61,031.25 |
| Senior Management | 2 | 230.00 | 460.00 |
| **Other Standard Rates** | | | |
| Photocopies | 1,203 | 0.12 | 144.36 |
| Box Storage | 36 | 1.50 | 54.00 |
| Long Distance | 1,967.12 | 0.08 | 157.37 |
| Travel | 1,363.01 | 1.00 | 1,363.01 |

| Account Balance | | | | | | Sales Tax | 0.00 |
|---|---|---|---|---|---|---|---:|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** | | **Invoice Total:** | **272,520.09** |
| 1,303,693.66 | 272,520.09 | 367,677.14 | 663,496.43 | 0.00 | | | |

Taxable charges indicated by asterisk(*).    PLEASE PAY FROM THIS INVOICE.    TERMS: NET 30 DAYS



Customer Copy

Ex. A-8