# Exhibit B



THE RESOLUTION EXPERTS

# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | 09/29/2011 | 2419440-100 |

To: **Andrew H. Marks, Esq.**
**Crowell & Moring LLP**
**1001 Pennsylvania Ave. NW**
**Washington, DC 20004-2595**

Reference #: 1100066862  PMU
Billing Specialist: Lynne Hart
Telephone: (949) 224-4628
Employer ID: 68-0542699

RE: **Pigford II (Claims)**
Representing: **N\A**

Neutral(s): **Lester Levy Esq.**
**Nancy Warren Esq.**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed |
|---|---|---|---|---|
| | **Lester Levy, Esq.** | 60.50 | 600.00 | 36,300.00 |
| 06/28/2011- 08/30/2011 | Travel to and attend Track A Adjudication Training in Washington D.C. with class counsel and Brown Greer. Review and revise adjudication screens, telephone conferences, with JAMS, Brown Greer, and Epiq personnel regarding same; | | | |

Prepare original and supplemental Motion to Appoint JAMS as Track A Neutral; Telephone conferences with class counsel and Nancy Warren regarding same;

Review test claims; Review and discuss memorandum prepared by Brown Greer regarding test claims; Draft report to class counsel regarding initial claims reviews; Telephone conferences with Nancy Warren, Charlotte Oman, and Brown Greer regarding same;

Prepare for final approval hearing

| 06/28/2011 - 08/30/2011 | **Nancy Warren Esq.** Travel to and attend Track A Adjudication Training in Washington D.C.; Telephone conference calls with Lester Levy, Charlotte Oman, Brown Greer, and Epiq regarding Track A Adjudication process and adjudication training. Review and comment on Brown Greer screen shots and Epiq concepts; Review and comment on revised adjudication screens from Epiq. Telephone conferences with JAMS, Epiq, and Brown Greer regarding same. | 70.00 | 350.00 | 24,500.00 |

Review and revise Motion to Approve JAMS as Track A Neutral; Telephone conferences with Lester Levy regarding same.

Review and analyze test claims. Review and comment on memorandum on test claims prepared by Brown Greer; Conference call with Brown Greer regarding same; Review and revise memorandum to class counsel regarding test claims. Telephone conferences with Brown Greer and Epiq regarding adjudication

Ex. B-1

1



THE RESOLUTION EXPERTS

# **INVOICE**

| | Invoice Date | Invoice Number |
|---|---|---|
| | 09/29/2011 | 2419440-100 |

To:  **Andrew H. Marks, Esq.**
     **Crowell & Moring LLP**
     **1001 Pennsylvania Ave. NW**
     **Washington, DC 20004-2595**

Reference #:        1100066862       PMU
Billing Specialist: Lynne Hart
Telephone:          (949) 224-4628
Employer ID:        68-0542699

RE:  **Pigford II (Claims)**
Representing: N\A

Neutral(s):   **Lester Levy Esq.**
              **Nancy Warren Esq.**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed |
|---|---|---|---|---|
| | and computer based processes. | | | |
| 07/15/2011 - 08/26/2011 | **Charlotte Oman** Assist Lester Levy and Nancy Warren in training and preparation for Track A Adjudication process. | 204.00 | 75.00 | 15,300.00 |
| | | | Fees: | 76,100.00 |
| 06/29/2011 | Nancy Warren Esq. Travel Expenses: $894.40 - Airfare $174.00 - Taxi $388.16 - Lodging $47.82 - Meals Total - $1,504.38 | | | 1,504.38 |
| 07/01/2011 | Lester Levy Esq. Travel Expenses: $973.40 - Airfare $1,202.25 - Lodging $253.41 - Meals $230.00 - Taxi Total - $2,659.06 | | | 2,659.06 |
| 07/02/2011 | Lester Levy Esq. APC CHARGE for conference call on 07/02/11 between Neutral and counsel. | | | 20.41 |
| 07/05/2011 | Lester Levy Esq. APC CHARGE for conference call on 07/05/11 between Neutral and counsel. | | | 24.23 |
| 07/12/2011 | Lester Levy Esq. APC CHARGE for conference call on 07/12/11 between Neutral and counsel. | | | 28.70 |
| 07/15/2011 | Lester Levy Esq. APC CHARGE for conference call on 07/15/11 between Neutral and counsel. | | | 90.74 |

Ex. B-2        2



THE RESOLUTION EXPERTS

# **INVOICE**

| | | |
|---|---|---|
| | Invoice Date | Invoice Number |
| | **09/29/2011** | **2419440-100** |

To: **Andrew H. Marks, Esq.**
**Crowell & Moring LLP**
**1001 Pennsylvania Ave. NW**
**Washington, DC 20004-2595**

Reference #: **1100066862** PMU
Billing Specialist: **Lynne Hart**
Telephone: **(949) 224-4628**
Employer ID: **68-0542699**

RE: **Pigford II (Claims)**
Representing: **N\A**

Neutral(s): **Lester Levy Esq.**
**Nancy Warren Esq.**

| Date/<br>Time | Description | Hours | Rate/Hr. | Total<br>Billed |
|---|---|---|---|---|
| 07/20/2011 | Nancy Warren Esq.<br>APC CHARGE for conference call on 07/20/11 between Neutral and counsel. | | | 87.57 |
| 08/02/2011 | Lester Levy Esq.<br>APC CHARGE for conference call on 08/02/11 between Neutral and counsel. | | | 10.71 |
| 08/05/2011 | Lester Levy Esq.<br>APC CHARGE for conference call on 08/05/11 between Neutral and counsel. | | | 12.67 |
| 08/22/2011 | Lester Levy Esq.<br>APC CHARGE for conference call on 08/22/11 between Neutral and counsel. | | | 59.20 |

| | | |
|---|---|---|
| | Expenses/Retainers | 4,497.67 |
| | Total | $ 80,597.67 |

Ex. B-3    3