# Exhibit A



| | |
|---|---|
| Customer No. | 4120 |
| Invoice No. | 214040 |
| Invoice Date | 05/31/12 |
| Due Date | 06/30/12 |
| Page | 1 |

Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 469-8090

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **Billing Period: 05/01/12 to 05/31/12** | | | |
| **RE: Black Farmers Discrimination Litigation** | | | |
| **Notification Campaign** | | | |
| Print and Mail Long Form Notice with Claim Form | 1,309 | 1.14 | 1,492.26 |
| Receive and Enter Returned Mail into Database | 843 | 0.25 | 210.75 |
| Enter Changes of Address - Postal Forwards | 53 | 0.45 | 23.85 |
| Correspondence & Claim Notification Letters | 17,112 | 0.65 | 11,122.80 |
| Correspondence & Claim Notification Letters - Courtesy Discount | 17,112 | -0.20 | -3,422.40 |
| **Dashboard Reporting & Secure Data/Image Access** | | | |
| Dashboard Monthly Support | 1 | 750.00 | 750.00 |
| **Call Center and Website** | | | |
| Monthly Hosting and Website Support | 1 | 400.00 | 400.00 |
| IVR Minutes | 259,047.23 | 0.19 | 49,218.97 |
| IVR Minutes - Courtesy Discount | 259,047.23 | -0.04 | -10,361.89 |
| Contact Center Staff - Dedicated | 134.92 | 40.00 | 5,396.80 |
| Contact Center Staff - Dedicated - Courtesy Discount | 134.92 | -5.00 | -674.60 |
| Contact Center Staff - Shared | 254,061.84 | 0.95 | 241,358.75 |
| Contact Center Staff - Shared - Courtesy Discount | 254,061.84 | -0.15 | -38,109.28 |
| Facilitator Phone Center Activity | 11,720.18 | 1.00 | 11,720.18 |
| Ombudsman IVR Minutes | 9,041.75 | 0.19 | 1,717.93 |

| Account Balance | | | | |
|---|---|---|---|---|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** |
| 1,376,800.66 | 1,376,800.66 | 0.00 | 0.00 | 0.00 |

Continued

Taxable charges indicated by asterisk(*).

**PLEASE REMIT IN US FUNDS.**  **TERMS:** NET 30 DAYS



**C u s t o m e r   C o p y**



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 469-8090

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---:|---:|---:|
| **Billing Period: 05/01/12 to 05/31/12** | | | |
| Ombudsman Contact Center Staff - Shared | 27,722.93 | 0.95 | 26,336.78 |
| Ombudsman Call Center Manager | 16 | 77.00 | 1,232.00 |
| **Claim Form Intake and Review** | | | |
| Paper Claim Intake | 9,535 | 3.50 | 33,372.50 |
| Paper Claim Intake - Courtesy Discount | 9,535 | -0.50 | -4,767.50 |
| FTP Claim Intake | 1,346 | 3.50 | 4,711.00 |
| FTP Claim Intake - Courtesy Discount | 1,346 | -1.25 | -1,682.50 |
| Incomplete Claims Response | 824 | 3.50 | 2,884.00 |
| Incomplete Claims Response - Courtesy Discount | 824 | -0.50 | -412.00 |
| Imaging | 292,130 | 0.12 | 35,055.60 |
| Imaging - Courtesy Discount | 292,130 | -0.02 | -5,842.60 |
| Claim Package Not Complete Letters | 1,398 | 0.69 | 964.62 |
| Courtesy Copies/Track B Letters | 18,496 | 0.40 | 7,398.40 |
| **Expenses** | | | |
| Postage | 19,903.5 | 1.00 | 19,903.50 |
| **Standard Hourly Rates** | | | |
| Clerical | 9.92 | 40.00 | 396.80 |
| Clerical - Courtesy Discount | 9.92 | -5.00 | -49.60 |
| Clerical Travel | 16 | 20.00 | 320.00 |
| Data Entry | 5,416.72 | 40.00 | 216,668.80 |
| Data Entry - Courtesy Discount | 5,416.72 | -5.00 | -27,083.60 |
| Claims Analyst | 7,139.71 | 65.00 | 464,081.15 |

| Account Balance | | | | |
|---|---|---|---|---|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** |
| 1,376,800.66 | 1,376,800.66 | 0.00 | 0.00 | 0.00 |

Continued

Taxable charges indicated by asterisk(*).

**PLEASE REMIT IN US FUNDS.**   **TERMS:** NET 30 DAYS



**C u s t o m e r  C o p y**



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:**  93-1210932

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 469-8090

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **Billing Period: 05/01/12 to 05/31/12** | | | |
| Claims Analyst - Courtesy Discount | 7,139.71 | -5.00 | -35,698.55 |
| Claims Specialist | 1,285.31 | 77.00 | 98,968.87 |
| Claims Specialist - Courtesy Discount | 1,285.31 | -2.00 | -2,570.62 |
| Claims Specialist Travel | 40.98 | 38.50 | 1,577.73 |
| Call Center Manager | 185.98 | 77.00 | 14,320.46 |
| Call Center Manager - Courtesy Discount | 185.98 | -7.00 | -1,301.86 |
| Call Center Manager Travel | 22.33 | 38.50 | 859.71 |
| Project Coordinator | 876.31 | 92.00 | 80,620.52 |
| Project Coordinator - Courtesy Discount | 876.31 | -7.00 | -6,134.17 |
| Project Coordinator Travel | 37.32 | 46.00 | 1,716.72 |
| Technical Support | 156.17 | 115.00 | 17,959.55 |
| Technical Support - Courtesy Discount | 156.17 | -15.00 | -2,342.55 |
| Project Manager | 337.82 | 135.00 | 45,605.70 |
| Project Manager - Courtesy Discount | 337.82 | -10.00 | -3,378.20 |
| Systems & Programming | 683.67 | 175.00 | 119,642.25 |
| Systems & Programming - Courtesy Discount | 683.67 | -25.00 | -17,091.75 |
| Senior Management | 9.25 | 230.00 | 2,127.50 |
| Senior Management - Courtesy Discount | 9.25 | -30.00 | -277.50 |
| **Other Standard Rates** | | | |
| Photocopies | 4,251 | 0.12 | 510.12 |
| Box Storage | 846 | 1.50 | 1,269.00 |
| Long Distance | 10,140.37 | 0.08 | 811.23 |
| Delivery Charges | 15,275.03 | 1.00 | 15,275.03 |

Sales Tax                                      0.00

| Account Balance | | | | |
|---|---|---|---|---|
| Balance | 0-10 Days | 11-30 Days | 31-90 Days | 90+ Days |
| 1,376,800.66 | 1,376,800.66 | 0.00 | 0.00 | 0.00 |

**Invoice Total:**    1,376,800.66

Taxable charges indicated by asterisk(*).

**PLEASE REMIT IN US FUNDS.**     **TERMS:** NET 30 DAYS



**C u s t o m e r   C o p y**