# Exhibit B



**INVOICE**

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 05/30/12 | 0002612094-100 |

To: **Andrew H. Marks, Esq.**
**Crowell & Moring LLP**
**1001 Pennsylvania Ave. NW**
**Washington, DC 20004-2595**

| | | |
|---|---|---|
| Reference #: | 1100066862 | LH |
| Billing Specialist: | Lynne Hart | |
| Telephone: | (949) 224-4628 | |
| Employer ID: | 68-0542699 | |

RE: **Pigford II (Claims)**

Representing: **N\A**

Neutral(s): **Lester Levy Esq.**
**Nancy Warren Esq.**
**Hon. Richard Levie (Ret.)**

Hearing Type: **Other/Unknown**

**Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---:|---:|---:|
| 05/01/12 | Michael Ornstil | 60,600.00 | 1 | 60,600.00 |
| | Adjudicate 303 claims @ $200/claim | | | |
| 05/01/12 | Hon. Bernetta Bush (Ret.) | 153,800.00 | 1 | 153,800.00 |
| | Adjudicate 769 claims @ $200/claim | | | |
| 05/01/12 | June Lehrman Esq. | 17,400.00 | 1 | 17,400.00 |
| | Adjudicate 87 claims @ $200/claim | | | |
| 05/01/12 | Hon. Greer Stroud (Ret.) | 70,000.00 | 1 | 70,000.00 |
| | Adjudicate 350 claims @ $200/claim | | | |
| 05/01/12 | Joan Grafstein Esq. | 30,600.00 | 1 | 30,600.00 |
| | Adjudicate 153 claims @ $200/claim | | | |
| 05/01/12 | Hon. David Coar (Ret.) | 114,400.00 | 1 | 114,400.00 |
| | Adjudicate 572 claims @ $200/claim | | | |
| 05/01/12 | Hon. Candace Cooper (Ret.) | 43,000.00 | 1 | 43,000.00 |
| | Adjudicate 215 claims @ $200/claim | | | |
| 05/01/12 | Homer La Rue Esq. | 106,600.00 | 1 | 106,600.00 |
| | Adjudicate 533 claims @ $200/claim | | | |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Pigford II (Claims)**

Hearing Type: **Other/Unknown**     REFERENCE #: **1100066862**     **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 05/01/12 | Barbara Reeves Neal Esq. Adjudicate 693 claims @ $200/claim | 138,600.00 | 1 | 138,600.00 |
| 05/01/12 | Hon. Sherman Smith, Jr. (Ret.) Adjudicate 490 claims @ $200/claim | 98,000.00 | 1 | 98,000.00 |
| 05/01/12 | Nancy Warren Esq. Adjudicate 500 claims @ $200/claim | 100,000.00 | 1 | 100,000.00 |
| 05/01/12 | Hon. Richard Levie (Ret.) Adjudicate 208 claims @ $200/claim | 41,600.00 | 1 | 41,600.00 |
| 05/01/12 | Deborah Haude Esq. Adjudicate 128 claims @ $200/claim | 25,600.00 | 1 | 25,600.00 |

|   |   |
|---|---|
| Fees | 1,000,200.00 |
| Total | $ 1,000,200.00 |
| Outstanding Balance as of 05/30/12 | $ 1,000,200.00 |



**INVOICE**

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 06/26/12 | 0002634174-100 |

To: **Andrew H. Marks, Esq.**
**Crowell & Moring LLP**
**1001 Pennsylvania Ave. NW**
**Washington, DC 20004-2595**

| | | |
|---|---|---|
| Reference #: | 1100066862 | LH |
| Billing Specialist: | Lynne Hart | |
| Telephone: | (949) 224-4628 | |
| Employer ID: | 68-0542699 | |

RE: **Pigford II (Claims)**
Representing: **N\A**

Neutral(s): **Lester Levy Esq.**
**Nancy Warren Esq.**
**Hon. Richard Levie (Ret.)**

Hearing Type: **Other/Unknown**

**Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---:|---:|---:|
| 06/01/12 | Joan Grafstein Esq.<br>Adjudicate 193 claims @ $200/claim | 38,600.00 | 1 | 38,600.00 |
| 06/01/12 | Barbara Reeves Neal Esq.<br>Adjudicate 648 claims @ $200/claim | 129,600.00 | 1 | 129,600.00 |
| 06/01/12 | Deborah Haude Esq.<br>Adjudicate 630 claims @ $200/claim | 126,000.00 | 1 | 126,000.00 |
| 06/01/12 | Nancy Warren Esq.<br>Adjudicate 332 claims @ $200/claim | 66,400.00 | 1 | 66,400.00 |
| 06/01/12 | Hon. Richard Levie (Ret.)<br>Adjudicate 439 claims @ $200/claim | 87,800.00 | 1 | 87,800.00 |
| 06/01/12 | Hon. David Coar (Ret.)<br>Adjudicate 601 claims @ $200/claim | 120,200.00 | 1 | 120,200.00 |
| 06/01/12 | Hon. Sherman Smith, Jr. (Ret.)<br>Adjudicate 499 claims @ $200/claim | 99,800.00 | 1 | 99,800.00 |
| 06/01/12 | Hon. Candace Cooper (Ret.)<br>Adjudicate 199 claims @ $200/claim | 39,800.00 | 1 | 39,800.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Pigford II (Claims)**

Hearing Type: **Other/Unknown**  REFERENCE #: **1100066862**  **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 06/01/12 | Hon. Greer Stroud (Ret.) <br> Adjudicate 750 claims @ $200/claim | 150,000.00 | 1 | 150,000.00 |
| 06/01/12 | Michael Ornstil <br> Adjudicate 151 claims @ $200/claim | 30,200.00 | 1 | 30,200.00 |
| 06/26/12 | June Lehrman Esq. <br> Adjudicate 130 claims @ $200/claim | 26,000.00 | 1 | 26,000.00 |

|  |  |
|---|---|
| Fees | 914,400.00 |
| Total | $ 914,400.00 |
| Outstanding Balance as of 06/26/12 | $ 1,914,600.00 |