UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 14 2012
Clerk, U.S. District and
Bankruptcy Courts

In re BLACK FARMERS DISCRIMINATION )
LITIGATION )
)
) Misc. No. 08-mc-0511 (PLF)
)
This document relates to: )
)
ALL CASES )
)

### PROPOSED SETTLEMENT ORDER

Upon consideration of the Unopposed Motion To Amend Final Order and Judgment, and the entire record herein, it is hereby

ORDERED that the Order and Judgment (Docket No. 231) entered by this Court on October 27, 2011 be and hereby is amended by adding the following:

27. Notwithstanding the May 11, 2012 Claim Deadline established by the Court in Docket No. 233 of the Consolidated Case, a Claimant who (*i*) requested a Claim Form from the Claims Administrator prior to the Claim Deadline (May 11, 2012), (*ii*) the Claim Administrator determines has made a *prima facie* showing of class membership, and (*iii*) was not sent a Claim Form before May 1, 2012 shall be entitled to submit a claim, and to have that claim deemed timely, if the Claimant submits a Complete Claim Package to the Claims Administrator within thirty (30) days after the Claims Administrator sends the Claimant a Claim Form.

28. Notwithstanding the May 11, 2012 Claim Deadline established by the Court in Docket No. 233 of the Consolidated Case, a Claimant who either *(i)* wrote to the Court and/or the *Pigford* Monitor between October 13, 1999 and June 18, 2008 or *(ii)* submitted a claim form in *Pigford* between October 13, 1999 and June 18, 2008 to the *Pigford* Facilitator shall be entitled to submit a claim, and to have that claim deemed timely, if the Claimant submits a Complete Claim Package to the Claims Administrator within thirty (30) days after the Claims Administrator has made a *prima facie* determination of class membership and sent the Claimant a Claim Form.

29. Notwithstanding Section V.B.2 of the Settlement Agreement, if the Claims Administrator determines that Sections 7(A)-(G) and 9(A)-(C) of the Claim Form are complete, the Claim Form shall be deemed complete for purposes of submittal

of the Claimant's Claim Package to the Track A or Track B Neutral. Any Class Member who has submitted such a Claim Form must complete all remaining portions of the Claim Form by no later than ~~September 30~~ October 12, 2012 to be eligible to receive an award under the Settlement Agreement.

In all other respects the Order and Judgment as previously entered by the Court shall remain in full force and effect.

    SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 9/14/12

2