UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION )))))))))) | Misc. No. 08-mc-0511 (PLF) |
| This document relates to | |
| ALL CASES | |

## UPDATED MOTION BY CLASS COUNSEL FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

On October 27, 2011, this Court approved the Settlement Agreement in the above-captioned case between a class of late-filing *Pigford* claimants and the Defendant, the Secretary of the U.S. Department of Agriculture (collectively, the "Parties"). Docket No. 231 ("Final Approval Order").[1] In its Opinion stating the reasons for approval of the Settlement, the Court held that "[i]n light of the skill and dedication exhibited by class counsel, the enormous amount of time that they have devoted and will continue to devote to this case, the complexity of this litigation, the risks assumed by counsel, and the very substantial benefits secured by counsel for the class, . . . a fee within the range of 4.1 to 7.4% of the common fund is fair and reasonable." *In re Black Farmers Discrimination Litig.*, Misc. No. 08-0511 (PLF), 2011 U.S. Dist. LEXIS 124471, at *110 (D.D.C. Oct. 27, 2011). Accordingly, in its Final Approval Order, the Court ruled that "[a]t a date to be established, this Court will award attorneys' fees and expenses equal to not less than 4.1% and not more than 7.4% of the Fee Base (as defined in the Settlement Agreement)."[2] Docket No. 231, ¶ 6.

---

[1] The Settlement Agreement is attached as Exhibit 2 to Docket No. 170.

[2] The "Fee Award" is defined in Section II.N of the Settlement Agreement as "the total amount approved by the Court for the payment of Common Benefit Fees and Track B Fees." The "Fee Base" is defined in section II.O as "the sum of the 2008 Funds [($100 million)] plus any 2010 Funds [($1.15

1

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2)(A) and Paragraph 6 of this Court's October 27, 2011 Final Approval Order, Class Counsel hereby move for the approval of a Fee Award equal to 7.4% of the Fee Base.[3] As demonstrated in the attached Memorandum of Points and Authorities ("Memorandum"), an award of 7.4% of the Fee Base is manifestly reasonable and fully justified by the extraordinary benefits Class Counsel have achieved for the Class, the skill and efficiency of Class Counsel's work, the complexity and duration of this litigation, the significant risk of non-payment faced by Class Counsel, the substantial work undertaken by Class Counsel (more than 80,000 attorney hours and more than 160,000 paralegal hours to date), the low number of objections received to the Settlement, Class Counsel's successful defense of the Final Approval Order on appeal, the commitment by Class Counsel to continue to support the implementation of the Settlement, and the relatively low nature of a 7.4% fee request in light of the higher awards given in comparable common fund cases.

In addition, for the reasons set forth in the attached Memorandum, Class Counsel ask the Court to direct the payment of the Fee Award to Lead Class Counsel for allocation among Class Counsel on the basis of the Counsel Participation Agreement that is attached as Exhibit A to the Memorandum.

Pursuant to Local Rule 7(m), Class Counsel have conferred with counsel for the Defendant, who have indicated that the Defendant does not support a Fee Award of 7.4% of the Fee Base.

---

billion)] minus $22,500,000 [(which represents a good faith estimate of implementation costs)]." Thus, the Fee Base is $1,227,500,000.

[3] This Motion replaces and supersedes the Motion by Class Counsel for an Award of Attorneys' Fees and Expenses (Docket No. 180) filed on August 8, 2011. Notice of withdrawal of this earlier motion is being filed concurrently with this filing.

Respectfully submitted,

_____/s/_____  
Henry Sanders, Esq.  
CHESTNUT, SANDERS, SANDERS,  
PETTAWAY & CAMPBELL, L.L.C.  
One Union Street  
Selma, AL 36701  
Tel: (334) 875-9264  
Fax: (334) 875-9853

_____/s/_____  
Andrew H. Marks, Esq.  
 D.C. Bar No. 932269  
CROWELL & MORING LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, DC 20004  
Tel: (202) 624-2920  
Fax: (202) 628-5116

_____/s/_____  
Gregorio A. Francis, Esq.  
MORGAN & MORGAN, P.A.  
20 North Orange Avenue, Suite 1600  
Orlando, FL 32801  
Tel: (407) 420-1414

Dated: September 24, 2012

## **CERTIFICATE OF SERVICE**

I certify that on September 24, 2012, I served this Motion and the associated Memorandum of Points and Authorities on all counsel of record by filing a copy via the ECF system.

/s/ Michael W. Lieberman  
Michael W. Lieberman