
EXHIBIT A

Exhibit A - 1



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| | |
|---|---|
| **Customer No.** | 4120 |
| **Invoice No.** | 215319 |
| **Invoice Date** | 07/31/12 |
| **Due Date** | 08/30/12 |
| **Page** | 1 |

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 469-8090

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **Billing Period: 07/01/12 to 07/31/12** | | | |
| **RE: Black Farmers Discrimination Litigation** | | | |
| **Notification Campaign** | | | |
| Receive and Enter Returned Mail into Database | 711 | 0.25 | 177.75 |
| Enter Changes of Address - Postal Forwards | 21 | 0.45 | 9.45 |
| Correspondence & Claim Notification Letters | 1,467 | 0.65 | 953.55 |
| Correspondence & Claim Notification Letters - Courtesy Discount | 1,467 | -0.20 | -293.40 |
| **Dashboard Reporting & Secure Data/Image Access** | | | |
| Dashboard Monthly Support | 1 | 750.00 | 750.00 |
| **Call Center and Website** | | | |
| Monthly Hosting and Website Support | 1 | 400.00 | 400.00 |
| IVR Minutes | 32,442.5 | 0.19 | 6,164.08 |
| IVR Minutes - Courtesy Discount | 32,442.5 | -0.04 | -1,297.70 |
| Contact Center Staff - Shared | 43,203.06 | 0.95 | 41,042.91 |
| Contact Center Staff - Shared - Courtesy Discount | 43,203.06 | -0.15 | -6,480.46 |
| Facilitator Phone Center Activity | 2,634 | 1.00 | 2,634.00 |
| Ombudsman IVR Minutes | 1,415.1 | 0.19 | 268.87 |
| Ombudsman Contact Center Staff - Shared | 1,485.63 | 0.95 | 1,411.35 |

Account Balance

| Balance | 0-10 Days | 11-30 Days | 31-90 Days | 90+ Days |
|---|---|---|---|---|
| 2,394,444.74 | 365,687.01 | 651,957.07 | 1,376,800.66 | 0.00 |

Continued

Taxable charges indicated by asterisk(*).

PLEASE REMIT IN US FUNDS. TERMS: NET 30 DAYS



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| | |
|---|---|
| **Customer No.** | 4120 |
| **Invoice No.** | 215319 |
| **Invoice Date** | 07/31/12 |
| **Due Date** | 08/30/12 |
| **Page** | 2 |

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 469-8090

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **Billing Period: 07/01/12 to 07/31/12** | | | |
| Ombudsman Call Center Manager | 17 | 77.00 | 1,309.00 |
| **Claim Form Intake and Review** | | | |
| Paper Claim Intake | 409 | 3.50 | 1,431.50 |
| Paper Claim Intake - Courtesy Discount | 409 | -0.50 | -204.50 |
| FTP Claim Intake | 2 | 3.50 | 7.00 |
| FTP Claim Intake - Courtesy Discount | 2 | -1.25 | -2.50 |
| Incomplete Claims Response | 1,756 | 3.50 | 6,146.00 |
| Incomplete Claims Response - Courtesy Discount | 1,756 | -0.50 | -878.00 |
| Imaging | 54,507 | 0.12 | 6,540.84 |
| Imaging - Courtesy Discount | 54,507 | -0.02 | -1,090.14 |
| Claim Package Not Complete Letters | 3,299 | 0.69 | 2,276.31 |
| Courtesy Copies/Track B Letters | 1,044 | 0.40 | 417.60 |
| **Expenses** | | | |
| Postage | 1,057.7 | 1.00 | 1,057.70 |
| **Standard Hourly Rates** | | | |
| Data Entry | 237.99 | 40.00 | 9,519.60 |
| Data Entry - Courtesy Discount | 237.99 | -5.00 | -1,189.95 |
| Claims Analyst | 1,426.99 | 65.00 | 92,754.35 |
| Claims Analyst - Courtesy Discount | 1,426.99 | -5.00 | -7,134.95 |
| Claims Specialist | 464.25 | 77.00 | 35,747.25 |

| Account Balance | | | | |
|---|---|---|---|---|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** |
| 2,394,444.74 | 365,687.01 | 651,957.07 | 1,376,800.66 | 0.00 |

Continued

Taxable charges indicated by asterisk(*).

PLEASE REMIT IN US FUNDS. TERMS: NET 30 DAYS



Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| | |
|---|---|
| **Customer No.** | 4120 |
| **Invoice No.** | 215319 |
| **Invoice Date** | 07/31/12 |
| **Due Date** | 08/30/12 |
| **Page** | 3 |

**Remit To:**

Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

**Tax Id:** 93-1210932

**Billing Questions**
Phone: (503) 350-5947
Fax: (503) 469-8090

**Bill To:**

Black Farmers Discrimination
Andrew H. Marks
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **Billing Period: 07/01/12 to 07/31/12** | | | |
| Claims Specialist - Courtesy Discount | 464.25 | -2.00 | -928.50 |
| Call Center Manager | 112.42 | 77.00 | 8,656.34 |
| Call Center Manager - Courtesy Discount | 112.42 | -7.00 | -786.94 |
| Project Coordinator | 450 | 92.00 | 41,400.00 |
| Project Coordinator - Courtesy Discount | 450 | -7.00 | -3,150.00 |
| Technical Support | 103.83 | 115.00 | 11,940.45 |
| Technical Support - Courtesy Discount | 103.83 | -15.00 | -1,557.45 |
| Project Manager | 149 | 135.00 | 20,115.00 |
| Project Manager - Courtesy Discount | 149 | -10.00 | -1,490.00 |
| Systems & Programming | 648.75 | 175.00 | 113,531.25 |
| Systems & Programming - Courtesy Discount | 648.75 | -25.00 | -16,218.75 |
| **Other Standard Rates** | | | |
| Photocopies | 391 | 0.12 | 46.92 |
| Box Storage | 519 | 1.50 | 778.50 |
| Long Distance | 2,192.65 | 0.08 | 175.41 |
| Delivery Charges | 727.27 | 1.00 | 727.27 |

Sales Tax 0.00

| Account Balance | | | | |
|---|---|---|---|---|
| **Balance** | **0-10 Days** | **11-30 Days** | **31-90 Days** | **90+ Days** |
| 2,394,444.74 | 365,687.01 | 651,957.07 | 1,376,800.66 | 0.00 |

Invoice Total: 365,687.01

Taxable charges indicated by asterisk(*).

**PLEASE REMIT IN US FUNDS.** **TERMS:** NET 30 DAYS

epiq




# Invoice



Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill-To**
Andrew H. Marks
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington DC 20004

**Remit to**
Epiq Systems
Class Action & Claims Solutions
Dept 0286 Billing Contact: 503-350-5947
PO Box 120286
Dallas, TX 75312-0286

Payment by Wire:
Bank: Silicon Valley Bank
Routing: 121140399
Acct: Epiq Systems Class Action & Claims Solutions
Acct No: 3300483242

**Information**

| | |
|---|---|
| Invoice No. | 90021361 |
| Invoice Date | 08/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |
| Currency | USD |
| Contract No. | 40004223 |
| Contract Description | Black Farmers Discrimination |
| Terms of Payment | Net due in 30 days |

**Header Text**
Billing Period: 08/01/12 to 08/31/12

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| | **RE: Black Farmers** | | | | |
| | **Discrimination Litigation** | | | | |
| | **Notification Campaign** | | | | |
| 60 | Print & Mail Long Notice & Claim | 2,058 | EA | 1.1400 | 2,346.12 |
| 100 | Record Undeliverable Mail | 766 | EA | 0.2500 | 191.50 |
| 110 | Enter COA - Postal Forward | 17 | EA | 0.4500 | 7.65 |
| 120 | Corresp & Claim Notice Letters | 1,626 | EA | 0.6500 | 1,056.90 |
| 121 | Corresp/Claim Ntc Ltrs - Discount | 1,626 | EA | 0.2000- | 325.20- |
| 140 | AllFind Address Locator | 484 | EA | 0.2500 | 121.00 |
| | **Dashboard Reporting & Secure** | | | | |
| | **Data/Image Access** | | | | |
| 190 | Dashboard Monthly Support | 1 | EA | 750.0000 | 750.00 |
| | **Call Center and Website** | | | | |
| 230 | Monthly Hosting & Web Support | 1 | EA | 400.0000 | 400.00 |
| 250 | IVR Minutes | 31,669.080 | EA | 0.1900 | 6,017.13 |
| 251 | IVR Min. - Discount | 31,669.080 | EA | 0.0400- | 1,266.76- |



# Invoice





**Information**

| | |
|---|---|
| Invoice No. | 90021361 |
| Invoice Date | 08/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**
Billing Period: 08/01/12 to 08/31/12

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| 280 | Contact Center Staff - Shared | 34,578 | MIN | 0.9500 | 32,849.10 |
| 281 | Contact Ctr Shared - Discount | 34,578 | EA | 0.1500- | 5,186.70- |
| 294 | Contact Center Bilingual-Shared | 150 | MIN | 0.9500 | 142.50 |
| 296 | Contact Ctr Bil.-Shared Discount | 150 | EA | 0.1500- | 22.50- |
| 300 | Facilitator, Phone Center | 1,145.500 | EA | 1.0000 | 1,145.50 |
| 310 | Ombudsman IVR Minutes | 1,529.950 | EA | 0.1900 | 290.69 |
| 340 | Ombudsman Staff, Shared | 1,518 | MIN | 0.9500 | 1,442.10 |
| 345 | Ombudsman Staff Bilingual, Shared | 12 | MIN | 0.9500 | 11.40 |
| 350 | Ombudsman Call Center Manager | 23 | H | 77.0000 | 1,771.00 |
| | **Claim Form Intake and Review** | | | | |
| 370 | Paper Claim Intake | 468 | EA | 3.5000 | 1,638.00 |
| 375 | Paper Claim Intake - Discount | 468 | EA | 0.5000- | 234.00- |
| 380 | FTP Claim Intake | 56 | EA | 3.5000 | 196.00 |
| 385 | FTP Claim Intake - Discount | 56 | EA | 1.2500- | 70.00- |
| 390 | Incomplete Claims Response | 2,484 | EA | 3.5000 | 8,694.00 |
| 395 | Inc. Claims Response - Discount | 2,484 | EA | 0.5000- | 1,242.00- |
| 400 | Imaging | 6,625 | EA | 0.1200 | 795.00 |
| 405 | Imaging - Discount | 6,625 | EA | 0.0200- | 132.50- |
| 410 | Claim Package Incomplete Ltrs | 3,205 | EA | 0.6900 | 2,211.45 |
| 420 | Courtesy Copy, Track B Ltr pg1 | 1,833 | EA | 0.4000 | 733.20 |
| | **Expenses** | | | | |
| 480 | Postage | 1,985.644 | DLR | 1.0000 | 1,985.64 |
| | **Standard Hourly Rates** | | | | |
| 500 | Clerical | 4.400 | H | 40.0000 | 176.00 |
| 505 | Clerical - Discount | 4.400 | EA | 5.0000- | 22.00- |
| 520 | Data Entry | 141.300 | H | 40.0000 | 5,652.00 |




# Invoice




| Information | |
|---|---|
| Invoice No. | 90021361 |
| Invoice Date | 08/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**
Billing Period: 08/01/12 to 08/31/12

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| 525 | Data Entry - Discount | 141.300 | EA | 5.0000- | 706.50- |
| 540 | Claims Analyst | 906.100 | H | 65.0000 | 58,896.50 |
| 545 | Claims Analyst - Discount | 906.100 | EA | 5.0000- | 4,530.50- |
| 550 | Claims Specialist | 215.670 | H | 77.0000 | 16,606.59 |
| 555 | Claims Specialist - Discount | 215.670 | EA | 2.0000- | 431.34- |
| 560 | Call Center Manager | 150.300 | H | 77.0000 | 11,573.10 |
| 565 | Call Center Mgr - Discount | 150.300 | EA | 7.0000- | 1,052.10- |
| 571 | Mailing Coordinator | 22 | H | 77.0000 | 1,694.00 |
| 572 | Mailing Coordinator - Discount | 22 | EA | 2.0000- | 44.00- |
| 580 | Project Coordinator | 410.100 | H | 92.0000 | 37,729.20 |
| 585 | Project Coordinator - Discount | 410.100 | EA | 7.0000- | 2,870.70- |
| 590 | Technical Support | 100.200 | H | 115.0000 | 11,523.00 |
| 595 | Technical Support - Discount | 100.200 | EA | 15.0000- | 1,503.00- |
| 600 | Project Manager | 102.700 | H | 135.0000 | 13,864.50 |
| 601 | Project Manager - Discount | 102.700 | EA | 10.0000- | 1,027.00- |
| 605 | Project Director | 71.500 | H | 135.0000 | 9,652.50 |
| 606 | Project Director - Discount | 71.500 | EA | 10.0000- | 715.00- |
| 610 | Systems & Programming | 288.500 | H | 175.0000 | 50,487.50 |
| 615 | Systems & Prog Discount | 288.500 | EA | 25.0000- | 7,212.50- |
| | **Other Standard Rates** | | | | |
| 640 | Photocopies | 97 | PAG | 0.1200 | 11.64 |
| 650 | Box Storage | 94 | EA | 1.5000 | 141.00 |
| 660 | Long Distance | 1,228.330 | EA | 0.0800 | 98.27 |
| 670 | Delivery Charges | 117.150 | EA | 1.0000 | 117.15 |
| | **Gross Value** | | | | 254,424.53 |



# Invoice





**Information**

| | |
|---|---|
| Invoice No. | 90021361 |
| Invoice Date | 08/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**
Billing Period: 08/01/12 to 08/31/12

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| | **Total Discount** | | | | 0.00 |
| | **Net Value** | | | | 254,424.53 |
| | **Total Tax** | | | | 0.00 |
| | **Total Amount Due USD** | | | | 254,424.53 |





# Invoice



Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill-To**
Andrew H. Marks
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington DC 20004

**Remit to**
Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Payment by Wire:
Bank: Silicon Valley Bank
Routing No: 121140399
Acct Name: Epiq Systems Class Action & Claims Solutions

**Information**

| | |
|---|---|
| Invoice No. | 90023792 |
| Invoice Date | 09/30/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |
| Currency | USD |
| Contract No. | 40004223 |
| Contract Description | Black Farmers Discrimination |
| Terms of Payment | Net due in 30 days |

**Header Text**
Billing Period: 09/01/12 - 09/30/12

| Item | Material/Description | | | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| | **RE: Black Farmers** | | | | | | |
| | **Discrimination Litigation** | | | | | | |
| | **Notification Campaign** | | | | | | |
| 100 | Record Undeliverable Mail | | | 333 | EA | 0.2500 | 83.25 |
| 110 | Enter COA - Postal Forward | | | 10 | EA | 0.4500 | 4.50 |
| 120 | Corresp & Claim Notice Letters | | | 956 | EA | 0.6500 | 621.40 |
| | Item Dollar Discount | -0.20 USD | EA | | | | -191.20 |
| | **Dashboard Reporting & Secure** | | | | | | |
| | **Data/Image Access** | | | | | | |
| 190 | Dashboard Monthly Support | | | 1 | EA | 750.0000 | 750.00 |
| | **Call Center and Website** | | | | | | |
| 230 | Monthly Hosting & Web Support | | | 1 | EA | 400.0000 | 400.00 |
| 250 | IVR Minutes | | | 35,542.650 | EA | 0.1900 | 6,753.10 |
| | Item Dollar Discount | -0.04 USD | EA | | | | -1,421.71 |
| 270 | Contact Center Staff, Dedicated | | | 0.600 | H | 40.0000 | 24.00 |
| | Item Dollar Discount | -5.00 USD | H | | | | -3.00 |
| 280 | Contact Center Staff - Shared | | | 43,650 | MIN | 0.9500 | 41,467.50 |
| | Item Dollar Discount | -0.15 USD | MIN | | | | -6,547.50 |

epiq SYSTEMS

# Invoice





| Information | |
|---|---|
| Invoice No. | 90023792 |
| Invoice Date | 09/30/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**
Billing Period: 09/01/12 - 09/30/12

| Item | Material/Description | | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|---|
| 281 | Contact Center Staff - Shared Bilingual | | 66 | MIN | 0.9500 | 62.70 |
| | Item Dollar Discount | -0.15 USD | MIN | | | -9.90 |
| 300 | Facilitator, Phone Center | | 37.760 | EA | 1.0000 | 37.76 |
| 310 | Ombudsman IVR Minutes | | 1,263.680 | EA | 0.1900 | 240.10 |
| 340 | Ombudsman Staff, Shared | | 1,428 | MIN | 0.9500 | 1,356.60 |
| 345 | Ombudsman Staff Bilingual, Shared | | 54 | MIN | 0.9500 | 51.30 |
| 350 | Ombudsman Call Center Manager | | 19 | H | 77.0000 | 1,463.00 |
| | **Claim Form Intake and Review** | | | | | |
| 370 | Paper Claim Intake | | 247 | EA | 3.5000 | 864.50 |
| | Item Dollar Discount | -0.50 USD | EA | | | -123.50 |
| 380 | FTP Claim Intake | | 89 | EA | 3.5000 | 311.50 |
| 390 | Incomplete Claims Response | | 272 | EA | 3.5000 | 952.00 |
| | Item Dollar Discount | -0.50 USD | EA | | | -136.00 |
| 400 | Imaging | | 14,403 | EA | 0.1200 | 1,728.36 |
| | Item Dollar Discount | -0.02 USD | EA | | | -288.06 |
| 410 | Claim Package Incomplete Ltrs | | 1,208 | EA | 0.6900 | 833.52 |
| 420 | Courtesy Copy, Track B Ltr pg1 | | 759 | EA | 0.4000 | 303.60 |
| | **Expenses** | | | | | |
| 480 | Postage | | 1,429.980 | DLR | 1.0000 | 1,429.98 |
| 485 | Staples - Binder EZD View | | 511 | DLR | 1.0000 | 511.00 |
| | **Standard Hourly Rates** | | | | | |
| 500 | Clerical | | 23.600 | H | 40.0000 | 944.00 |
| | Item Dollar Discount | -5.00 USD | H | | | -118.00 |
| 520 | Data Entry | | 87.700 | H | 40.0000 | 3,508.00 |
| | Item Dollar Discount | -5.00 USD | H | | | -438.50 |
| 540 | Claims Analyst | | 882.300 | H | 65.0000 | 57,349.50 |
| | Item Dollar Discount | -5.00 USD | H | | | -4,411.50 |
| 560 | Call Center Manager | | 123.100 | H | 77.0000 | 9,478.70 |
| | Item Dollar Discount | -7.00 USD | H | | | -861.70 |
| 572 | Mailing Coordinator Aug Disc Adj | | 22 | EA | 5.0000- | 110.00- |

epiq
SYSTEMS

# Invoice




| Information | |
|---|---|
| Invoice No. | 90023792 |
| Invoice Date | 09/30/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**
Billing Period: 09/01/12 - 09/30/12

| Item | Material/Description | | | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| 580 | Project Coordinator | | | 401.400 | H | 92.0000 | 36,928.80 |
| | Item Dollar Discount | -7.00 USD | H | | | | -2,809.80 |
| 590 | Technical Support | | | 78.500 | H | 115.0000 | 9,027.50 |
| | Item Dollar Discount | -15.00 USD | H | | | | -1,177.50 |
| 600 | Project Manager | | | 55.900 | H | 135.0000 | 7,546.50 |
| | Item Dollar Discount | -10.00 USD | H | | | | -559.00 |
| 605 | Project Director | | | 78 | H | 90.0000 | 7,020.00 |
| 610 | Systems & Programming | | | 15.500 | H | 175.0000 | 2,712.50 |
| | Item Dollar Discount | -25.00 USD | H | | | | -387.50 |
| 620 | Senior Management | | | 1.200 | H | 230.0000 | 276.00 |
| | Item Dollar Discount | -30.00 USD | H | | | | -36.00 |
| | **Other Standard Rates** | | | | | | |
| 640 | Photocopies | | | 416 | PAG | 0.1200 | 49.92 |
| 650 | Box Storage | | | 527 | EA | 1.5000 | 790.50 |
| | **Gross Value** | | | | | | 195,771.59 |
| | **Total Discount** | | | | | | 19,520.37- |
| | **Net Value** | | | | | | 176,251.22 |
| | **Total Tax** | | | | | | 0.00 |
| | **Total Amount Due USD** | | | | | | 176,251.22 |



# Invoice



Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Bill-To**
Andrew H. Marks
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington DC 20004

**Remit to**
Epiq Systems
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Billing Contact:
503-350-5947

Payment by Wire:
Bank: Silicon Valley Bank
Routing: 121140399
Acct: Epiq Systems Class Action & Claims

**Information**

| | |
|---|---|
| Invoice No. | 90026279 |
| Invoice Date | 10/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |
| Currency | USD |
| Contract No. | 40004223 |
| Contract Description | Black Farmers Discrimination |
| Terms of Payment | Net due in 30 days |

**Header Text**

| Item | Material/Description | | | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|---|---|
| | **RE: Black Farmers** | | | | | | |
| | **Discrimination Litigation** | | | | | | |
| | **Notification Campaign** | | | | | | |
| 90 | Record Undeliverable Mail | | | 54 | EA | 0.2500 | 13.50 |
| 110 | Corresp & Claim Notice Letters | | | 1,145 | EA | 0.6500 | 744.25 |
| | Item Dollar Discount | -0.20 USD | EA | | | | -229.00 |
| | **Dashboard Reporting & Secure** | | | | | | |
| | **Data/Image Access** | | | | | | |
| 180 | Dashboard Monthly Support | | | 1 | EA | 750.0000 | 750.00 |
| | **Call Center and Website** | | | | | | |
| 220 | Monthly Hosting & Web Support | | | 1 | EA | 400.0000 | 400.00 |
| 240 | IVR Minutes | | | 41,810.730 | EA | 0.1900 | 7,944.04 |
| | Item Dollar Discount | -0.04 USD | EA | | | | -1,672.43 |
| 280 | Contact Center Staff - Shared | | | 39,186 | MIN | 0.9500 | 37,226.70 |
| | Item Dollar Discount | -0.15 USD | MIN | | | | -5,877.90 |
| 290 | Contact Center Staff - Shared Bilingual | | | 18 | MIN | 0.9500 | 17.10 |
| | Item Dollar Discount | -0.15 USD | MIN | | | | -2.70 |
| 310 | Facilitator, Phone Center | | | 1,017.980 | EA | 1.0000 | 1,017.98 |

epiq SYSTEMS

# Invoice




| Information | |
|---|---|
| Invoice No. | 90026279 |
| Invoice Date | 10/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| 320 | Ombudsman IVR Minutes | 1,161.680 | EA | 0.1900 | 220.72 |
| 350 | Ombudsman Staff, Shared | 1,314 | MIN | 0.9500 | 1,248.30 |
| 360 | Ombudsman Staff Bilingual, Shared | 174 | MIN | 0.9500 | 165.30 |
| 370 | Ombudsman Call Center Manager | 23 | H | 77.0000 | 1,771.00 |
| | **Claim Form Intake and Review** | | | | |
| 390 | Paper Claim Intake | 53 | EA | 3.5000 | 185.50 |
| | Item Dollar Discount -0.50 USD EA | | | | -26.50 |
| 410 | Incomplete Claims Response | 1,106 | EA | 3.5000 | 3,871.00 |
| | Item Dollar Discount -0.50 USD EA | | | | -553.00 |
| 420 | Imaging | 20,888 | EA | 0.1200 | 2,506.56 |
| | Item Dollar Discount -0.02 USD EA | | | | -417.76 |
| 430 | Claim Package Incomplete Ltrs | 580 | EA | 0.6900 | 400.20 |
| 440 | Courtesy Copy, Track B Ltr pg1 | 1,018 | EA | 0.4000- | 407.20- |
| | **Expenses** | | | | |
| 500 | Postage | 2,338.850 | DLR | 1.0000 | 2,338.85 |
| | **Standard Hourly Rates** | | | | |
| 520 | Clerical | 60.400 | H | 40.0000 | 2,416.00 |
| | Item Dollar Discount -5.00 USD H | | | | -302.00 |
| 530 | Data Entry | 135 | H | 40.0000 | 5,400.00 |
| | Item Dollar Discount -5.00 USD H | | | | -675.00 |
| 550 | Claims Analyst | 810.200 | H | 65.0000 | 52,663.00 |
| | Item Dollar Discount -5.00 USD H | | | | -4,051.00 |
| 560 | Claims Specialist | 0.500 | H | 77.0000 | 38.50 |
| | Item Dollar Discount -2.00 USD H | | | | -1.00 |
| 570 | Call Center Manager | 198.700 | H | 77.0000 | 15,299.90 |
| | Item Dollar Discount -7.00 USD H | | | | -1,390.90 |
| 600 | Project Coordinator | 458 | H | 92.0000 | 42,136.00 |
| | Item Dollar Discount -7.00 USD H | | | | -3,206.00 |
| 610 | Technical Support | 120 | H | 115.0000 | 13,800.00 |
| | Item Dollar Discount -15.00 USD H | | | | -1,800.00 |
| 620 | Project Manager | 66.800 | H | 135.0000 | 9,018.00 |
| | Item Dollar Discount -10.00 USD H | | | | -668.00 |




# Invoice




| Information | |
|---|---|
| Invoice No. | 90026279 |
| Invoice Date | 10/31/2012 |
| Purchase Order No. | |
| Customer No. | 3000954 |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Header Text**

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| 630 | Project Director | 105 | H | 230.0000 | 24,150.00 |
| | Item Dollar Discount -30.00 USD H | | | | -3,150.00 |
| 640 | Systems & Programming | 19.100 | H | 175.0000 | 3,342.50 |
| | Item Dollar Discount -25.00 USD H | | | | -477.50 |
| 650 | Senior Management | 2.200 | H | 230.0000 | 506.00 |
| | Item Dollar Discount -30.00 USD H | | | | -66.00 |
| | **Other Standard Rates** | | | | |
| 670 | Photocopies | 308 | PAG | 0.1200 | 36.96 |
| 680 | Box Storage | 532 | EA | 1.5000 | 798.00 |
| 700 | Delivery Charges | 714.050 | EA | 1.0000 | 714.05 |

| | |
|---|---|
| **Gross Value** | 230,732.71 |
| **Total Discount** | 24,566.69- |
| **Net Value** | 206,166.02 |
| **Total Tax** | 0.00 |
| **Total Amount Due USD** | 206,166.02 |