
# Exhibit B



THE RESOLUTION EXPERTS

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 08/30/12 | 0002688490-100 |

To: Andrew H. Marks, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

Reference #: 1100066862  LH
Billing Specialist: Lynne Hart
Telephone: (949) 224-4628
Employer ID: 68-0542699

RE: Pigford II (Claims)
Representing: N\A

Neutral(s): Lester Levy Esq.
Nancy Warren Esq.
Hon. Richard Levie (Ret.)

Hearing Type: Other/Unknown

Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 08/01/12 | Hon. Bernetta Bush (Ret.)<br>Adjudicate 402 claims @ $200/claim | 80,400.00 | 1 | 80,400.00 |
| 08/01/12 | Hon. Greer Stroud (Ret.)<br>Adjudicate 310 claims @ $200/claim | 62,000.00 | 1 | 62,000.00 |
| 08/01/12 | Joan Grafstein Esq.<br>Adjudicate 243 claims @ $200/claim | 48,600.00 | 1 | 48,600.00 |
| 08/01/12 | Barbara Reeves Neal Esq.<br>Adjudicate 877 claims @ $200/claim | 175,400.00 | 1 | 175,400.00 |
| 08/01/12 | Hon. Candace Cooper (Ret.)<br>Adjudicate 99 claims @ $200/claim | 19,800.00 | 1 | 19,800.00 |
| 08/01/12 | Hon. Richard Levie (Ret.)<br>Adjudicate 194 claims @ $200/claim | 38,800.00 | 1 | 38,800.00 |
| 08/01/12 | Hon. David Coar (Ret.)<br>Adjudicate 480 claims @ $200/claim | 96,000.00 | 1 | 96,000.00 |
| 08/01/12 | Michael Ornstil<br>Adjudicate 211 claims @ $200/claim | 42,200.00 | 1 | 42,200.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS"

RE: **Pigford II (Claims)**

Hearing Type: **Other/Unknown**   REFERENCE #: **1100066862**   Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---:|---:|---:|
| 08/01/12 | Mr. Kahlill Palmer<br>Adjudicate 662 claims @ $200/claim | 132,400.00 | 1 | 132,400.00 |
| 08/01/12 | June Lehrman Esq.<br>Adjudicate 194 claims @ $200/claim | 38,800.00 | 1 | 38,800.00 |
| 08/01/12 | Deborah Haude Esq.<br>Adjudicate 335 claims @ $200/claim | 67,000.00 | 1 | 67,000.00 |
| 08/01/12 | Nancy Warren Esq.<br>Adjudicate 615 claims @ $200/claim | 123,000.00 | 1 | 123,000.00 |
| 08/01/12 | Hon. Sherman Smith, Jr. (Ret.)<br>Adjudicate 625 claims @ $200/claim | 125,000.00 | 1 | 125,000.00 |
| 08/15/12 | Nancy Warren Esq.<br>Meetings, telephone conferences, responses to OIG and GAO's requests for information between February and August 2012 | 7,875.00 | 1 | 7,875.00 |
| 08/15/12 | Hon. David Coar (Ret.)<br>Meetings, telephone conferences, responses to OIG and GAO's requests for information between February and August 2012 | 962.50 | 1 | 962.50 |
| 08/15/12 | Jay Folberg Esq.<br>Meetings, telephone conferences, responses to OIG and GAO's requests for information between February and August 2012 | 10,500.00 | 1 | 10,500.00 |
| 08/15/12 | Lester Levy Esq.<br>Meetings, telephone conferences, responses to OIG and GAO's requests for information between February and August 2012 | 21,000.00 | 1 | 21,000.00 |
| | Fees | | | 1,089,737.50 |
| 08/15/12 | Lester Levy Esq. | 1,875.00 | 1 | 1,875.00 |



THE RESOLUTION EXPERTS"

RE: **Pigford II (Claims)**

Hearing Type: **Other/Unknown**  REFERENCE #: **1100066862**  **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| | CHARGES FOR CHARLOTTE OMAN including meetings, telephone conferences, responses to OIG and GAO's requests for information between February and August 2012. (25 hrs x $75/hr) | | | |
| | Expenses/Retainers | | | 1,875.00 |
| | Total | | | $ 1,091,612.50 |
| | Outstanding Balance as of .08/30/12 | | | $ 2,148,012.50 |



THE RESOLUTION EXPERTS℠

Exhibit B - 2

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 09/28/12 | 0002712774-100 |

To: Andrew H. Marks, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

Reference #: 1100066862  LH
Billing Specialist: Lynne Hart
Telephone: (949) 224-4628
Employer ID: 68-0542699

RE: Pigford II (Claims)
Representing: N\A

Neutral(s): Lester Levy Esq.
Nancy Warren Esq.
Hon. Richard Levie (Ret.)

Hearing Type: Other/Unknown

Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 09/04/12 | Joan Grafstein Esq. <br> Adjudicate 19 claims @ $200/claim | 3,800.00 | 1 | 3,800.00 |
| 09/04/12 | Lester Levy Esq. <br> Adjudicate 944 claims @ $200/claim | 188,800.00 | 1 | 188,800.00 |
| 09/04/12 | Hon. Candace Cooper (Ret.) <br> Adjudicate 149 claims @ $200/claim | 29,800.00 | 1 | 29,800.00 |
| 09/04/12 | Hon. Sherman Smith, Jr. (Ret.) <br> Adjudicate 32 claims @ $200/claim | 6,400.00 | 1 | 6,400.00 |
| 09/04/12 | Hon. Greer Stroud (Ret.) <br> Adjudicate 26 claims @ $200/claim | 5,200.00 | 1 | 5,200.00 |
| 09/04/12 | Barbara Reeves Neal Esq. <br> Adjudicate 6 claims @ $200/claim | 1,200.00 | 1 | 1,200.00 |
| 09/04/12 | Michael Ornstil <br> Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| 09/04/12 | Nancy Warren Esq. <br> Adjudicate 311 claims @ $200/claim | 62,200.00 | 1 | 62,200.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS

RE: **Pigford II (Claims)**

Hearing Type: **Other/Unknown**  REFERENCE #: **1100066862**  **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 09/04/12 | Hon. Richard Levie (Ret.) <br> Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| 09/04/12 | Michael Lewis Esq. <br> Adjudicate 5 claims @ $200/claim | 1,000.00 | 1 | 1,000.00 |
| 09/04/12 | Hon. David Coar (Ret.) <br> Adjudicate 20 claims @ $200/claim | 4,000.00 | 1 | 4,000.00 |
| 09/04/12 | Hon. Bernetta Bush (Ret.) <br> Adjudicate 12 claims @ $200/claim | 2,400.00 | 1 | 2,400.00 |
| 09/04/12 | Deborah Haude Esq. <br> Adjudicate 20 claims @ $200/claim | 4,000.00 | 1 | 4,000.00 |

|  |  |
|---|---|
| Fees | 309,200.00 |
| Total | $ 309,200.00 |
| Outstanding Balance as of 10/04/12 | $ 2,457,212.50 |



Exhibit B - 3

# INVOICE

| | | |
|---|---|---|
| | **Invoice Date** | **Invoice Number** |
| | 09/28/12 | 0002712772-100 |

To: Andrew H. Marks, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

Reference #: 1100071298 LH
Billing Specialist: Janell Lo
Telephone: (949) 224-4664
Employer ID: 68-0542699

RE: Pigford II (Track B Claims)
Representing: N\A

Neutral(s): Michael Lewis Esq.
Hon. Richard Levie (Ret.)

Hearing Type: Other/Unknown

Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 09/01/12 | Michael Lewis Esq. | 3,105.00 | 1 | 3,105.00 |
| | 9/1/2012 - Adjudicate 20 claims | | | |
| 09/05/12 | Michael Lewis Esq. | 2,655.00 | 1 | 2,655.00 |
| | 9/5/2012 - Adjudicate 19 claims | | | |

| | | |
|---|---|---|
| | Fees | 5,760.00 |
| | Total | $ 5,760.00 |
| Outstanding Balance as of 11/02/12 | | $ 9,765.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



**THE RESOLUTION EXPERTS**

Exhibit B - 4

# INVOICE

| | | |
|---|---|---|
| **Invoice Date** | | **Invoice Number** |
| 10/31/12 | | 0002737664-100 |

To: Andrew H. Marks, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

Reference #: 1100066862  LH
Billing Specialist: Lynne Hart
Telephone: (949) 224-4628
Employer ID: 68-0542699

RE: Pigford II (Claims)
Representing: N\A

Neutral(s): Lester Levy Esq.
Nancy Warren Esq.
Hon. Richard Levie (Ret.)

Hearing Type: Other/Unknown

Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 10/01/12 | Joan Grafstein Esq. Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| 10/01/12 | Lester Levy Esq. Adjudicate 165 claims @ $200/claim. | 33,000.00 | 1 | 33,000.00 |
| 10/01/12 | Deborah Haude Esq. Adjudicate 4 claims @ $200/claim | 800.00 | 1 | 800.00 |
| 10/01/12 | Hon. David Coar (Ret.) Adjudicate 2 claims @ $200/claim | 400.00 | 1 | 400.00 |
| 10/01/12 | Hon. Sherman Smith, Jr. (Ret.) Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| 10/01/12 | Hon. Richard Levie (Ret.) Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| 10/01/12 | Nancy Warren Esq. Adjudicate 264 claim @ $200/claim | 52,800.00 | 1 | 52,800.00 |

| | | |
|---|---|---|
| | Fees | 87,600.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS

RE: **Pigford II (Claims)**

Hearing Type: **Other/Unknown**  REFERENCE #: **1100066862**  Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 10/24/12 | Lester Levy Esq.<br>Charges for Victoria O'Duffy's review of claim documents and debt relief awards on various files (Inv. 10-25-12) | 4,393.50 | 1 | 4,393.50 |
| | Expenses/Retainers | | | 4,393.50 |
| | Total | | | $ 91,993.50 |
| | Outstanding Balance as of 11/02/12 | | | $ 1,462,206.00 |



**THE RESOLUTION EXPERTS**

Exhibit B - 5

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 10/31/12 | 0002743508-100 |

To: Andrew H. Marks, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

| | | |
|---|---|---|
| Reference #: | 1100071298 | LH |
| Billing Specialist: | Janell Lo | |
| Telephone: | (949) 224-4664 | |
| Employer ID: | 68-0542699 | |

RE: Pigford II (Track B Claims)
Representing: N\A

Neutral(s): Michael Lewis Esq.
Hon. Richard Levie (Ret.)

Hearing Type: Other/Unknown

Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 10/02/12 | Hon. Richard Levie (Ret.) | 3,465.00 | 1 | 3,465.00 |
| | 10/2/2012 - 09/21/12 - 10/02/12 | | | |
| | Adjudicate 76 claims | | | |
| 0/24/12 | Michael Lewis Esq. | 450.00 | 1 | 450.00 |
| | 10/24/2012 - Reviewing Track B Claims: 15540, 184840 | | | |
| 10/27/12 | Hon. Richard Levie (Ret.) | 90.00 | 1 | 90.00 |
| | 10/27/2012 - Review claims | | | |

| | |
|---|---|
| Fees | 4,005.00 |
| Total | $ 4,005.00 |
| Outstanding Balance as of 11/02/12 | $ 9,765.00 |

---

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



Exhibit B - 6

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 11/29/12 | 0002761756-100 |

To: Andrew H. Marks, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595

Reference #: 1100066862  LH
Billing Specialist: Lynne Hart
Telephone: (949) 224-4628
Employer ID: 68-0542699

RE: Pigford II (Claims)
Representing: N\A

Neutral(s): Lester Levy Esq.
Nancy Warren Esq.
Hon. Richard Levie (Ret.)

Hearing Type: Other/Unknown

Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 11/01/12 | Hon. Greer Stroud (Ret.) Adjudicate 121 claims @ $200/claim | 24,200.00 | 1 | 24,200.00 |
| 11/01/12 | Lester Levy Esq. Adjudicate 630 claims @ $200/claim | 126,000.00 | 1 | 126,000.00 |
| 11/01/12 | Hon. David Coar (Ret.) Adjudicate 124 claims @ $200/claim | 24,800.00 | 1 | 24,800.00 |
| 11/01/12 | Hon. Richard Levie (Ret.) Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| 11/01/12 | Nancy Warren Esq. Adjudicate 407 claims @ $200/claim | 81,400.00 | 1 | 81,400.00 |
| 11/01/12 | Joan Grafstein Esq. Adjudicate 1 claim @ $200/claim | 200.00 | 1 | 200.00 |
| | Fees | | | 256,800.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS

RE: **Pigford II (Claims)**

Hearing Type: Other/Unknown  REFERENCE #: **1100066862**  Rep# 1

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 10/26/12 | Lester Levy Esq. | 45.98 | 1 | 45.98 |
| | FED EX charges for delivery to Andy Marks at Crowell & Moring on 10/26/12 (Ref# 2-070-10593). | | | |
| 10/26/12 | Lester Levy Esq. | 45.98 | 1 | 45.98 |
| | FED EX charges for delivery to Brandi Peters at US Dept of Agriculture on 10/26/12 (Ref# 2-070-10593). | | | |
| 10/26/12 | Lester Levy Esq. | 37.21 | 1 | 37.21 |
| | FED EX charges for delivery to Dennis Boedigheimer at USDA - Office of Inspector General on 10/26/12 (Ref#2-070-10593). | | | |
| 10/26/12 | Lester Levy Esq. | 19.76 | 1 | 19.76 |
| | FED EX charges for delivery to Emmy Rhine at US Gov't Accountability on 10/26/12 (Ref#2-070-10593). | | | |
| 10/26/12 | Lester Levy Esq. | 45.98 | 1 | 45.98 |
| | FED EX charges for delivery to Greg Francis at Morgan & Morgan on 10/26/12 (Ref# 2-070-10593). | | | |
| 10/26/12 | Lester Levy Esq. | 45.98 | 1 | 45.98 |
| | FED EX charges for delivery to Michael Sitcov at US DOJ on 10/26/12 (Ref# 2-070-10593 ). | | | |

|  |  |
|---|---|
| Expenses/Retainers | 240.89 |
| Total | $ 257,040.89 |
| Outstanding Balance as of 11/29/12 | $ 1,719,246.89 |