UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>ALL CASES )<br>) | Misc. No. 08-mc-0511 (PLF) |

**UNOPPOSED MOTION FOR ORDER DESIGNATING SETTLEMENT FUND AS A QUALIFIED SETTLEMENT FUND PURSUANT TO 26 U.S.C. § 468B**

Plaintiffs respectfully move this Court to enter the attached Order with respect to the treatment of the Settlement Fund as a Qualified Settlement Fund ("QSF") account under Section 468B of the Internal Revenue Code ("Code"). The purpose of a QSF, as expressly authorized by the Code, is to ensure that the recipients of funds from such a litigation settlement are not taxed until they actually receive the funds. Epiq, as the Court-approved Claims Administrator, has already established the account for the receipt of the settlement funds to be disbursed in this case as a QSF under 26 U.S.C. § 468B. Nevertheless, to avoid any possible doubt with respect to the treatment of the settlement funds to be paid out in this case, Plaintiffs seek entry of the attached Unopposed Order.

Class Counsel have conferred with counsel for the Defendant and are authorized to state that the Defendant does not oppose the entry of the attached Order.

1

Respectfully submitted,

/s/  Henry Sanders
Henry Sanders, Esq.
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  (334) 875-9264
Fax:  (334) 875-9853

/s/  Andrew H. Marks
Andrew H. Marks, Esq.
 D.C. Bar No. 932269
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  (202) 624-2920
Fax:  (202) 628-5116

/s/ Gregorio A. Francis
Gregorio A. Francis, Esq.
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL  32801
Tel:  (407) 420-1414

Dated:  January 23, 2013

## CERTIFICATE OF SERVICE

I certify that on January 23, 2013, I served this Motion on counsel of record by filing a copy via the ECF system.

/s/  Michael W. Lieberman
Michael W. Lieberman