UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 14 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

In re BLACK FARMERS DISCRIMINATION LITIGATION           )
)
)
)
)
)        Misc. No. 08-mc-0511 (PLF)
This document relates to:                               )
)
ALL CASES                                               )
)
)

## PROPOSED ORDER

Upon consideration of the Motion for Further Modification of Final Order and Judgment, and the entire record herein, it is hereby

ORDERED that the Order and Judgment entered by this Court on October 27, 2011 (Docket No. 231), as amended by the Settlement Order entered by this Court on September 14, 2012 (Docket. No. 304), be and hereby is further amended by adding the following:

> 30. Notwithstanding the May 11, 2012 Claim deadline established by the Court in Docket No. 233 of the Consolidated Case, an individual who submitted a Claim Form preprinted with his or her name, which was summarily rejected by the Claims Administrator as ineligible because it was not filed on behalf of a Class Member, but who had submitted to the *Pigford* Facilitator prior to June 18, 2008 a "late-filing request" which specifically named a different individual, shall be entitled to submit a revised Claim Form on behalf of that specifically named individual, which shall be deemed timely, if submitted with a postmark no matter than October 24, 2012.

In all other respects, the Order and Judgment as previously entered and modified by the Court shall remain in full force and effect.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 2/14/13