UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ) ) ) ) This document relates to: ) ) ALL CASES ) ) | Misc. No. 08-mc-0511 (PLF) |

**CLASS COUNSEL'S QUARTERLY DISBURSEMENT REPORT –
FIRST QUARTER 2013**

Pursuant to Section IV.F.5 of the Settlement Agreement dated February 18, 2010 (revised and executed as of May 13, 2011), Class Counsel respectfully submit the attached Quarterly Disbursement Report (Ex. 1), which details $2,750,137.79 in Settlement funds disbursed by Class Counsel during the first quarter of 2013 for purposes of implementing the Settlement Agreement. A copy of this report has been provided to counsel for the Defendant.

Respectfully submitted,

/s/      Henry Sanders
Henry Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  (334) 875-9264
Fax:  (334) 875-9853

/s/      Andrew H. Marks
Andrew H. Marks
 D.C. Bar No. 932269
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, FL  33133
Tel:  (305) 858-2900
Fax:  (305) 858-5261

/s/      Gregorio A. Francis
Gregorio A. Francis
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL  32801
Tel:  (407) 420-1414

Dated:  May 1, 2013

1

## CERTIFICATE OF SERVICE

      I certify that on May 1, 2013, I served this Motion on counsel of record by filing a copy via the ECF system.

                                    <u>/s/ Michael W. Lieberman</u>
                                    Michael W. Lieberman