UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL CASES | )<br>)<br>)<br>)   Misc. No. 08-mc-0511 (PLF)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL FILING IN SUPPORT OF CLASS COUNSEL'S
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Class Counsel respectfully submit the attached Supplemental Declarations of James S. Farrin and Gregorio A. Francis in support of Class Counsel's Updated Motion for an Award of Attorneys' Fees and Expenses. (Docket No. 306). These declarations reflect that the Law Offices of James Scott Farrin and the firm of Morgan & Morgan, P.A. collectively have incurred in excess of $18,000,000 in out of pocket expenses and obligations in connection with this case. In addition to the expenses incurred by just these two firms, the other firms serving as Class Counsel in this matter have also incurred substantial expenses in connection with this case. Moreover, it bears emphasis that Class Counsel will continue to incur expenses in connection with this case, and will continue to devote substantial time on behalf of the Class, until all of the Settlement Funds have been distributed in accordance with this Court's orders.

Respectfully submitted,

/s/ Henry Sanders
Henry Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  (334) 875-9264
Fax: (334) 875-9853

/s/ Andrew H. Marks
Andrew H. Marks
 D.C. Bar No. 932269
COFFEY BURLINGTON P.L.
2699 South Bayshore Drive
Miami, FL 33133
Tel:  (305) 858-2900
Fax:  (305) 858-5261

/s/ Gregorio A. Francis
Gregorio A. Francis
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL  32801
Tel:  (407) 420-1414

Dated:  July 8, 2013

## CERTIFICATE OF SERVICE

I certify that on July 8, 2013, I served a copy of the above on all counsel of record by filing a copy via the ECF system.

/s/ Andrew H. Marks
Andrew H. Marks