UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ) ) ) ) | Misc. No. 08-0511 (PLF) |

ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that class counsel's updated motion for an award of attorneys' fees and expenses is GRANTED; it is

FURTHER ORDERED that the Fee Award (as set forth in the Settlement Agreement, Revised and Executed as of May 13, 2011) shall be 7.4% of the Fee Base (as set forth in the Settlement Agreement), or $90,835,000; it is

FURTHER ORDERED that the calculation and distribution of Common Benefit Fees shall be in accordance with the terms of the Settlement Agreement; and it is

FURTHER ORDERED that Common Benefit Fees shall be directed to lead class counsel — Andrew H. Marks, Henry Sanders, and Gregorio A. Francis — who shall be responsible for the allocation of such Common Benefit Fees among class counsel in accordance with the terms of the Counsel Participation Agreement attached as Exhibit A to class counsel's motion and with the terms of any agreements between lead class counsel and class counsel who are not signatories to the Counsel Participation Agreement.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/11/13