**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **In re BLACK FARMERS DISCRIMINATION** | ) | |
| **LITIGATION** | ) | |
| | ) | **Misc. No. 08-mc-0511 (PLF)** |
| | ) | |
| **This document relates to** | ) | |
| | ) | |
| **ALL CASES** | ) | |
| | ) | |

**NOTICE OF FILING OF CORRECTED PRELIMINARY FINAL ACCOUNTING**
**AND AMENDED PROPOSED ORDER IN SUPPORT OF UNOPPOSED**
**MOTION FOR APPROVAL OF DISTRIBUTION OF FUNDS**

On August 6, pursuant to Section IV.H of the Settlement Agreement in the above-

captioned case (dated February 18, 2010, as revised, May 13, 2011), Lead Class Counsel filed a

Motion for Approval of Distribution of Funds.  Docket No. 375.  In support of that Motion, Lead

Class Counsel attached the Preliminary Final Accounting submitted to the Court by the Claims

Administrator on August 2, 2013 pursuant to Section V.E.7 of the Settlement Agreement.  On

August 13, Lead Class Counsel submitted to the Court the Claims Administrator's Revised

Preliminary Final Accounting dated August 12, 2013.  Docket No. 376.  That revised accounting

report provided additional explanation for certain components of the report, but did not change

any of the numbers from the accounting provided to the Court on August 2.

The Claims Administrator has now identified an error in the prior versions of the

Preliminary Final Accounting and has prepared the attached Corrected Preliminary Final

Accounting.  *See* Exhibit A.  The prior accountings counted twice the $1,785,130.00 that already

has been disbursed for the payment of the Ombudsman Costs.  The Corrected Preliminary Final

Accounting therefore reduces the amount to be funded from $1,202,210,312.08 to

$1,200,425.182.08.

Accordingly, Lead Class Counsel hereby submit the attached Amended Preliminary Final

Accounting in further support of the previously filed Motion for Approval of Distribution of

Funds.  In addition, Lead Class Counsel respectfully submit the attached revised Proposed Order

that contains the correct amount to be funded under the Settlement.

Respectfully submitted,

/s/ Henry Sanders
Henry Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  (334) 875-9264
Fax:  (334) 875-9853

/s/ Andrew H. Marks
Andrew H. Marks
 D.C. Bar No. 932269
COFFEY BURLINGTON P.L.
2699 South Bayshore Drive
Miami, FL 33133
Tel:  (305) 858-2900
Fax:  (305) 858-5261

/s/ Gregorio A. Francis
Gregorio A. Francis
MORGAN & MORGAN, P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL  32801
Tel:  (407) 420-1414

Dated:  August 15, 2013

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2013, I served a copy of the above on all counsel of record by
filing a copy via the ECF system.

/s/ Andrew H. Marks
Andrew H. Marks