# EXHIBIT A



Epiq Class Action & Claims Solutions, Inc.
10300 SW Allen Blvd.
Beaverton, OR 97005
Tel:  (503) 350-5800
Fax:  (503) 350-5890
www.epiqsystems.com

**VIA E-MAIL**  August 15, 2013

The Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex, Room 6012
333 Constitution Avenue NW
Washington, DC  20001

| | | |
|---|---|---|
| Brandi Peters<br>Office of General Counsel<br>U.S. Department of Agriculture<br>1400 Independence Av. SW<br>Washington, DC  20250 | Michael Sitcov<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>Washington, DC  20001 | Tamra T. Moore<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>Washington, DC  20530 |
| Andrew H. Marks<br>Coffey Burlington, P.L.<br>2699 South Bayshore Drive<br>Miami, FL  33133 | Henry Sanders<br>Chestnut, Sanders, Sanders,<br>Pettaway & Campbell, L.L.C.<br>One Union Street<br>Selma, AL  36701 | Gregorio A. Francis<br>Morgan & Morgan, P.A., Ste 1600<br>20 North Orange Avenue<br>Orlando, FL  32801 |

Re:   *In re BLACK FARMERS DISCRIMINATION LITIGATION*, Misc. No. 08-mc-0511 (PLF)
   Preliminary Final Accounting - Revised

Dear Judge Friedman, Secretary and Lead Class Counsel:

In accordance with its responsibilities as Claims Administrator in the Settlement of In Re Black Farmers Discrimination Litigation, Epiq Class Action and Claims Solutions, Inc. ("Epiq") submits the attached Preliminary Final Accounting (corrected, August 15, 2013) pursuant to Section V.E.7 of the Settlement Agreement.

The Preliminary Final Accounting identifies the amount of funds required to implement the Settlement Agreement.  In accordance with the Settlement Agreement, the Preliminary Final Accounting identifies: (1) the number and amount of all Final Track A Liquidated Awards, Final Track A Loan Awards, Final Track A Tax Awards, and Final Track B Awards; (2) the Implementation Costs incurred to date; (3) a good faith estimate of Implementation Costs necessary for the Claims Administrator to perform its final duties under the Settlement Agreement; (4) the Ombudsman Costs incurred to date; (5) a good faith estimate of Ombudsman Costs necessary for the Ombudsman to perform its final duties under Settlement Agreement; (6) the amount of the Fee Award; (7) the sum of Track B Fees incurred by Track B Class Members, and (8) the amounts that the Secretary already has paid for interim Implementation Costs, interim Common Benefit Fees, and Ombudsman Costs, and the status of these funds.

The previous versions of the Preliminary Final Accounting inadvertently included the Ombudsman Costs on both Table 3 and Table 4.  This version removes the Ombudsman Costs from Table 3.  As a result of this change, the amount of funds required to implement the Settlement Agreement has been reduced



**Epiq Class Action & Claims Solutions, Inc.**
10300 SW Allen Blvd.
Beaverton, OR 97005
Tel:  (503) 350-5800
Fax:  (503) 350-5890
www.epiqsystems.com

as shown on page 1.  No other changes have been made to the counts or amounts between the prior submissions and this corrected version.

Prior to payment of any awards, Epiq will ensure all awards are correct according to the Neutrals' decisions and consistent with the Settlement Agreement, including that no individual who obtained a prior determination on the merits of his or her discrimination complaint is sent a payment.

In addition, Epiq has internal quality control and audit procedures that must occur prior to issuing any payment.  As a result, it is possible that the amount of Track A Liquidated Awards, Track A Loan Awards, and Track A Tax Awards could change.  However, it is not anticipated the amount of awards would increase.

If you have any questions about the Preliminary Final Accounting, please let me know.

Sincerely,

Nicole F.J. Hamann
Senior Vice President

Claims Administrator

# In re Black Farmers Discrimination Litigation

Misc. No. 08-0511 (PLF)

## Preliminary Final Accounting - Corrected, August 15, 2013

(prepared pursuant to Section V.E.7 of the Settlement Agreement)

**Settlement Funds Required to Implement Settlement Agreement**

| Item Description | Amount |
|---|---:|
| Track A Liquidated Awards and Tax Awards (see Table 2 below) | $1,101,186,916.66 |
| Track A Loan Awards and Tax Award (see Table 2 below) | $763,341.92 |
| Track B Awards | $0.00 |
| Implementation Costs Incurred To-Date (see Table 3 below) | $23,339,923.50 |
| Claims Administrator Good Faith Estimate to Completion | $4,100,000.00 |
| Neutrals' Good Faith Estimate to Completion | $200,000.00 |
| Ombudsman Costs Incurred To-Date* | $1,785,130.00 |
| Fee Award | $90,835,000.00 |
| Track B Fees | $0.00 |
| **Total** | **$1,222,210,312.08** |

| | |
|---|---:|
| Less Interim Implementation Costs and Ombudsman Costs Already Funded (see Table 4 below) | $21,785,130.00 |

| | |
|---|---:|
| **Amount To Be Funded** | **$1,200,425,182.08** |

* Ombudsman fees represent the total of approved Ombudsman budgets, and the total is expected to be adequate for future Ombudsman costs.

# In re Black Farmers Discrimination Litigation
Misc. No. 08-0511 (PLF)

## Preliminary Final Accounting - Corrected, August 15, 2013
(prepared pursuant to Section V.E.7 of the Settlement Agreement)

### Table 2: Track A Award Breakdown

| Track A Payments | Count | Amount | Total |
|---|---|---|---|
| Full Track A Liquidated Awards and Tax Award | 16,973 | $62,500.00 | $1,060,812,500.00 |
| Track A Liquidated and Tax Awards Shared by Multiple Claimants Determined to Have Been Operating a Single Farming Operation with One or More Other Prevailing Claimants (Settlement Agreement, Section V.A.5.)[1] | 638 | $62,500.00 | $39,875,000.00 |
| Partial Track A Liquidated and Tax Awards Paid to Claimants Receiving a Partial Award Arising From a Different Farming Operation (Settlement Agreement, Section V.A.5)[2] | 11 | Variable | $385,416.66 |
| Track A Non-Credit Awards | 38 | $3,000.00 | $114,000.00 |
| Track A Loan Awards[3] | 5 | Variable | $646,880.58 |
| Tax Awards calculated at 25% on $465,845.34 in Principal Track A Loan Awards[4] | 5 | Variable | $116,461.34 |
| | | Total | $1,101,950,258.58 |

[1, 2, 3, 4] See Endnotes on Page 4.

# In re Black Farmers Discrimination Litigation

Misc. No. 08-0511 (PLF)

## Preliminary Final Accounting - Corrected, August 15, 2013

(prepared pursuant to Section V.E.7 of the Settlement Agreement)

### Table 3: Implementation Costs Incurred To-Date Breakdown

| Entity | Amount |
|---|---:|
| Kinsella Media, LLC | $1,861,597.20 |
| Claims Administrator | $13,199,758.01 |
| Track A and Track B Neutrals | $8,078,568.29 |
| Federation Southern Cooperatives/Land Assistance Fund | $200,000.00 |
| **Total** | **$23,339,923.50** |

### Table 4: Interim Implementation Costs and Ombudsman Costs Already Funded

| Entity | Amount |
|---|---:|
| Interim Implementation Costs Paid to Date | $20,000,000.00 |
| Ombudsman Costs Funded to Date (paid into Court Registry) | $1,785,130.00 |
| **Total** | **$21,785,130.00** |

# In re Black Farmers Discrimination Litigation
Misc. No. 08-0511 (PLF)
## Preliminary Final Accounting - Corrected, August 15, 2013
(prepared pursuant to Section V.E.7 of the Settlement Agreement)

### Endnotes for Table 2

[1] Section V.A.5 of the Settlement Agreement provides that partial Track A Liquidated Awards are to be paid to successful Claimants who operated a "single farming operation" with one or more other successful Claimants. This line of the Table reflects there are a total of 1,398 successful Claimants who shared operation of a "single farming operation" with other Claimants and who therefore will share, on a *pro rata* basis, a Track A Award with the other successful Claimants with whom they operated a single farming operation. The total number of such "single farming operations" operated by multiple successful Claimants is 638. As reflected in this line of the Table, the total amount of these shared Track A Awards is $39,875,000.

[2] Of the 1,398 successful Claimants entitled to a share of a Track A Award (for the reason explained in footnote 1 above), eleven (11) Claimants are also entitled to a Track A Award based on the discrimination they suffered in connection with one or more farming operations that were different from the "single farming operation" for which they will be awarded a pro rata share of a single Track A Award, as referenced above. Because Settlement Agreement Section V.A.5 limits the amount of a liquidated award that any individual Claimant can recover under the Settlement Agreement to the amount of a single Track A Liquidated Award (i.e., $50,000), the Liquidated Awards arising from the different farming operations to which each of these 11 Claimants is entitled may not, when taken together with the amount of each Claimant's pro rata share of the Track A Award for the "single farming operation" in which they were a participant, total more than $50,000. The additional amounts to which these 11 Claimants are entitled for their successful Track A claims (i.e., $50,000 minus the amount of each Claimant's pro rata share of Track A Award for the "single farming operation" in which he or she also was a successful Claimant) varies depending on the amount awarded for the Claimant's pro rata share of the Track A Award for the "single farming operation." The total of all of the partial Track A Liquidated Awards in this category being paid to these 11 Claimants, together with the corresponding Track A Tax Awards for these partial payments, is $385,416.66. This total number is reflected in this line of the Table.

[3] Five (5) successful Track A Claimants are entitled to Track A Loan Awards. The amount of each of these loan awards differs, depending on the amount of principal and interest each individual Claimant owes on the loan that is the subject of the loan award. The <u>total</u> of these five loan awards is $646,880.58 and is reflected in this line of the Table.

[4] Under Settlement Agreement Section V.E.8 and applying the definition of "Track A Tax Award" found in Section II.NN of the Settlement Agreement, Track A Claimants who receive Track A Loan Awards are also entitled to a Track A Tax Award of 25% of the principal amount of their outstanding loans. (Claimants are not entitled to a tax award on the amount of the interest being paid under the Settlement on the loans that are the subject of the Track A Loan Award.) The total principal owed by the five (5) Track A Claimants receiving Track A Loan Awards is $465,845.34. Thus, the total of the tax awards being made to these five Claimants is 25% of $465,845.34, which is $116,461.34. This total number is reflected in this line of the Table.