UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION <br><br> This document relates to: <br><br> ALL CASES | Misc. No. 08-mc-0511 (PLF) |

[~~PROPOSED~~] ORDER _unopposed_

Upon consideration of Lead Class Counsel's Motion for Approval of Distribution of Funds, and Memorandum of Points and Authorities in Support Thereof ("Motion"), as well as the entire record in this case, Class Counsel's Motion is hereby GRANTED, and the payments detailed in the Corrected Preliminary Final Accounting (dated August 15, 2013) prepared by the Claims Administrator and attached as Exhibit A to the Notice of Filing submitted by Lead Class Counsel on August 15, 2012 are APPROVED.

It is hereby ORDERED that, pursuant to Section IV.H of the Settlement Agreement, the Defendant shall within twenty (20) days of the date of this Order provide the U.S. Department of the Treasury with all necessary forms and documentation to direct a payment in the amount of $1,200,425.182.08 to the In re Black Farmers Discrimination Litigation QSF Account at SunTrust Bank. These funds shall be distributed by the Claims Administrator in accordance with the terms of the Settlement Agreement.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

Date: August 23, 2013