UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA

**FILED**

DEC 2 7 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CASE 1:08-MC-00511-PLF

---

MOTION TO PLEAD TO THE COURT TO ASK FOR RE-CONSIDERATION OF MY
CLAIM IN THE IN-RE BLACK FARMER'S DISCRIMINATION LITIGATION

---

INTO THE COURT now comes Brenda M. Gray, a Claimant in the IN-RE Black
Farmer's Litigation, requesting that this court reconsider my claim. I respectfully request
that the court grant me the opportunity to submit evidence and pleadings.

Respectfully Submitted:

Brenda M. Gray
125 North Carlisle Street
South Bend, IN 46628
Phone: (574) 386-7189

ORDER

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above signed
Claimant be granted the opportunity to submit pleadings before the court.

THUS, READ AND SIGNED IN _____, District of Columbia, this
_____ day of September, 2013.

Judge Paul L. Friedman
U.S. District Court for the
District of Columbia