UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 27 2013

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

CASE 1:08-MC – 00511-PLF

let this be filed
asap
12-23-13

## MOTION TO PLEAD TO COURT TO ASK FOR RE-CONSIDERATION OF MY CLAIM IN RE TO THE BLACK FARMERS DISCRIMINATION LITIGATION

Now Into Court comes EVELYN IRENE DILLARD, a claimant In re Black Farmers Litigation, Suggesting to the court to reconsider my claim. I respectfully request that the court grant Me the opportunity to submit evidence and pleadings.

Respectfully Submitted:

*Evelyn Irene Dillard*

Evelyn Irene Dillard

#8 Old Lewis Lane

Natchez, MS 39120

### ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the above signed Claimant be granted the opportunity to submit pleadings before the Court.

THUS, READ AND SIGNED IN _____, District of Columbia, this the _____ day of September, 2013

_____

Judge Paul L. Friedman

U.S. District Court for the D.C.

*In re Black Farmers Discrimination Litigation*
Claims Administrator
PO Box 4028
Portland, OR 97208-4028

Tracking Number: 24349

4120118857346

000 0005577 00000000 001 001 02789 0000: 0 0
EVELYN I DILLARD
8 OLD LEWIS LANE
NATCHEZ, MS 39120

August 30, 2013

In re Black Farmers Discrimination Litigation
Civil Action No. 1:08-mc-0511 (PLF)

## "TRACK A" CLAIM DETERMINATION FORM

### PART I. CLAIMANT INFORMATION

Claimant:
EVELYN I DILLARD
8 OLD LEWIS LANE
NATCHEZ MS 39120

### PART II. SUMMARY OF CLAIM DETERMINATION

The Track A claim that you submitted for the above-named Claimant to the Non-Judicial Claims Process under the Settlement Agreement in *In re Black Farmers Discrimination Litigation*, No. 1:08-mc-0511 (PLF) has been reviewed. A Court-appointed Neutral ("Track A Neutral") has determined that the claim is **DENIED**.



**PART III. EXPLANATION OF DENIED CLAIM**

Your claim is **DENIED** because:

- You failed to prove that you applied, or constructively applied, for a specific farm credit transaction at a USDA office between January 1, 1981, and December 31, 1996.

- You failed to prove that you complained of discrimination to an official of the United States Government on or before July 1, 1997, regarding USDA's treatment of you in response to your application or constructive application.

**THIS DECISION IS FINAL. IT IS NOT REVIEWABLE BY THE CLAIMS ADMINISTRATOR, THE TRACK A NEUTRAL, THE TRACK B NEUTRAL, THE COURT, OR ANY OTHER PARTY OR BODY, JUDICIAL OR OTHERWISE.**

**IMPACT ON OUTSTANDING LOAN OBLIGATIONS:** Please note that if you, the Estate or Incapacitated Claimant on whose behalf you filed are not current on loan payments owed to the USDA, the Secretary of Agriculture may, in view of the denial of this claim, proceed immediately with any loan acceleration or foreclosure proceedings he believes are appropriate.

**QUESTIONS:** If you have any questions, you may contact the Claims Administrator at 1-877-810-8110.

Evelyn Dillard

#8 Old Lewis Lane

Natchez, MS 39120

**September 14, 2013**

**TO:** Honorable Thad Cochran

U.S. Senator, State of Mississippi

**RE:** Black Farmers Litigation

C#: 1:08-MC-00511-PLF

Congressional Law # 110-246; Section 14012

Dear Mr. Cochran:

I am writing this letter to ask for your assistance in helping me to ask for Reconsideration of my application that was denied in reference to the Black Farmer's Litigation.

I have attached my letter of denial where I was informed I was denied for the following reasons:

1. I failed to complain to a USDA official
2. I failed to prove I applied

When I talked to attorneys over the phone assistance, I was informed to put the first years I reapplied for the loan. I was told not to put continuing years. However I did not indicate this on the application because the attorney told me it was not necessary. The attorney firm was Morgan and Morgan. I was represented by an attorney in that office.

I had planned to farm my land and plant cotton and develop my land for future use for my children and grandchildren. I feel that I have been discriminated against all my life. I anticipated on receiving this money because I did not received loans and because I am Black.

Thank you in advance for any assistance in this matter.

Sincerely,

*Evelyn Dillard*
Evelyn I. Dillard

Ms. Evelyn Dillard
#8 Old Lewis Ln.
Natchez, Mississippi 39120
September 20, 2013


The Honorable Thad Cochran
United States Senator - State of Miss.
United States Senate
113 Dirksen Senate Office Building
Washington, D.C. 20510


The Honorable Thad Cochran
190 East Capital St.
Suite 550
Jackson, Ms.
Telephone # 601-965-4459


Dear Mr. Cochran:
  Re: In re Black Farmers Discrimination Litigation - Case # 1:08-MC-00511-PLF - Congressional Law # 110-246-Section 14012.
  I am writing this letter to ask your assistance in helping me to ask for reconsideration of my application that was

denied in the In Re Black Farmers Litigation.

I have attached my letter of denial (attachment 1), where I was informed I was denied for the following reasons:

1. "You failed to complain to a USDA official" and,
2. "You failed to prove you applied ..."

When I talked to attorneys over the phone (Assistance), I was informed to put the first year I applied for the loan. I was told not to put continuing years that I applied for the loan. However, I did not indicate this on the application because the attorney told me it was not necessary. The attorney firm was Morgan and Morgan represented by an attorney in Morgan and Morgan's office.

I had planned to farm my land with livestock and plant cotton and develop my land for future use for my children and grandchildren.

I feel that I have been descriminated against my living and all of my life. I anticipated on recieving this money because

I did not recieve loans and because of my race, black.

Thank you in advance for any assistance in this matter.