**FILED**

**DEC 27 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Judge the Honorable
Paul L. Friedman
US District Court for the District of Columbia

*Let this be filed*
*OJF*
*12/23/31*

Dear the Honorable Paul L. Friedman,

This letter is written to ask for assistance in investigating the reasons many black farmers were denied in the In RE Black Farmers Litigation Case #1:08-MC-0051-PLF of which I was a claimant and denied farmer.

Many of us were denied of Section 7(7G and 7GI). The reason for denial was because, according to the denial letter, "you were denied because YOU FAILED TO PROVE THAT YOU COMPLAINED OF DISCRIMINATION TO AN OFFICIAL OF THE UNITED STATES GOVERNMENT ON OR BEFORE JULY 01, 1997."
Honorable Judge Friedman how can you prove something that is already proven? The USDA has already admitted wrong doing. Honorable Judge Friedman, secondly how deceased claimant's applicants speak from the dead? How would relatives know what the deceased said? This suit was a settlement suit. This make question 7G and 7GI inconsistent with this suit. When I checked with the Congressional Law 110-2456 Section 14012- Congress instructed the USDA to pay all Black Farmers in that case who were late filers in the Pigford Case. Please reconsider my application.

Thank You,

Mr. LeRoy McKeller

**In re Black Farmers Discrimination Litigation**
**CLASS ACTION CLAIM FORM**
Civil Action No. 1:08-mc-0511 (PLF)


412004522956    Tracking #: 28980
Leroy McKeller

For questions regarding this Claim Form
call toll-free at 1-877-810-8110
or email questions@blackfarmercase.com

## 7 — SECTION SEVEN: CLAIM INFORMATION

TO BE ELIGIBLE FOR AN AWARD, YOU MUST ANSWER EVERY QUESTION IN THIS SECTION, INCLUDING EVERY QUESTION ASKING FOR AN EXPLANATION OR DESCRIPTION.

*IT IS IMPORTANT TO ANSWER EACH QUESTION FULLY AND COMPLETELY. IF YOU NEED ADDITIONAL SPACE, PLEASE USE THE SPACE FOR "ADDITIONAL INFORMATION" IN SECTION 11 (PAGE 14) OF THIS FORM.*

**7A** Is the Claimant an African American?  Yes [X]  No [ ]

**7B** Did the Claimant farm or attempt to farm between January 1, 1981, and December 31, 1996?  Yes [X]  No [ ]

**7B.i** If Yes to Question 7B, check all that apply?  Farmed [ ]  Attempted to Farm [X]

**7B.i(a)** If you checked in Question 7B.i that the Claimant both "farmed" and "attempted to farm," explain your answer. Otherwise, write "N/A".

N/A

**7B.ii** If Yes to Question 7B, how many acres did the Claimant farm or attempt to farm (rounded to the nearest acre)?

Farmed [ ]   Attempted to Farm [ 1 1 8 ]

**7B.iii** If Yes to Question 7B, describe the type of crops the Claimant farmed or attempted to farm and/or the type and number of livestock he or she raised or attempted to raise. If the Claimant both farmed and attempted to farm, please explain separately what crops and/or livestock the Claimant farmed and attempted to farm.

I had planted in the past. I had planted corn, okra, sweet potatoes and peanuts

COPY

*In re Black Farmers Discrimination Litigation*
**CLASS ACTION CLAIM FORM**
Civil Action No. 1:08-mc-0511 (PLF)

41200452295 6    Tracking #: 29980
Leroy McKeller

For questions regarding this Claim Form call toll-free at 1-877-810-8110 or email questions@blackfarmercase.com

## 7 SECTION SEVEN: CLAIM INFORMATION, continued

**7C** Did the Claimant own or rent, or attempt to own or rent, farm land?    Yes [✓]   No [ ]

**7C.i** If Yes to Question 7C, check all that apply:

Owned [✓]   Attempted to Own [ ]   Rented [ ]   Attempted to Rent [ ]

**7C.i(a)** If you checked more than one box, explain your answer. Otherwise, write "N/A".

_____
_____
_____
_____

**7C.ii** If Yes to Question 7C, identify the location (for example, the full address, crossroads, and/or legal description) of each separate farm property that the Claimant owned or rented, or attempted to own or rent, which is the subject of this claim. If you checked more than one box in Question 7C.i, please explain your answer with respect to each separate farm property.

Thomasville, MS on Tallahatta Springs Rd.

COURTESY COPY

In re Black Farmers Discrimination Litigation
CLASS ACTION CLAIM FORM
Civil Action No. 1:08-mc-0511 (PLF)

412004522956   Tracking #: 29960
Leroy McKeller

For questions regarding this Claim Form
call toll-free at 1-877-810-8110
or email questions@blackfarmercase.com

## 7 SECTION SEVEN: CLAIM INFORMATION, continued

**7D** Did the Claimant submit a written application for a farm loan(s) or a non-loan benefit(s) at an office of the United States Department of Agriculture (USDA) between January 1, 1981, and December 31, 1996?   Yes ☐   No ☒

**7D.i** If Yes to Question 7D, identify the type of farm loan(s) or non-loan benefit(s) for which the Claimant applied:

- ☒ Operating Loan
- ☐ Other Loan Program, Identify: ____
- ☐ Farm Ownership Loan
- ☐ Non-Loan Program, Identify: ____
- ☐ Emergency Loan

**7D.ii** If Yes to Question 7D, was the farm loan(s) or non-loan benefit(s) for which the Claimant applied denied, provided late, or approved for a lesser amount than requested; did it include a restrictive condition(s); did USDA fail to provide appropriate loan service; or, if the Claimant received a loan, did USDA fail to service it properly?   Yes ☒   No ☐

The USDA office said no money was available

**7D.ii(a)** If Yes to Question 7D.ii, explain the reasons for your answer, including the type, amount, and purpose of the loan or non-loan benefit applied for, the year of the application, and USDA's response to the Claimant's application.

I had requested a $25000.00 loan to buy a farm tractor and attachments. I went to the USDA office in Clarke Co. and they said no money was available for loans. This was in 1991 and 1992 that I requested a loan.

Black Farmers Discrimination Litigation
CLASS ACTION CLAIM FORM
Civil Action No. 1:08-mc-0511 (PLF)

Tracking #: 29980

For questions regarding this Claim Form call toll-free at 1-877-810-8110 or email questions@blackfarmercase.com

## SECTION SEVEN: CLAIM INFORMATION, continued

**7E.** For Track A Claimants only (See Section 6 for track selection): Did the Claimant attempt to apply for a farm loan(s) or non-loan benefit(s) between January 1, 1981 and December 31, 1996?  Yes ☒  No ☐

**7E.i** If Yes to Question 7E, identify the type of farm credit transaction(s) or non-loan benefit(s) for which the Claimant attempted to apply:

☒ Operating Loan
☐ Other Loan Program, Identify: _____
☐ Farm Ownership Loan
☐ Non-Loan Program, Identify: _____
☐ Emergency Loan

**7E.ii** If Yes to Question 7E, describe the details of how the Claimant attempted to apply. The type of information that would be helpful includes:

- The year(s) the Claimant attempted to apply and the general time period within that year(s) (for example, late fall, March, etc.).
- The type and amount of loan(s) or non-loan benefit(s) for which the Claimant attempted to apply.
- How the Claimant's farming plans were consistent with farming operations in his or her county or area in that year(s).
- How the Claimant planned to use the loan funds (for example, what crops he or she planned to plant, what equipment he or she wanted to buy or rent, what acreage he or she planned to farm, etc.).

I Attempted to borrow money from USDA in 1991 and 1992. I requested $5000 to buy a tractor and other farm equipment. I was unable to plant no produce and earn money.

**7E.iii** If Yes to Question 7E, did USDA actively discourage the Claimant from submitting a written application for a loan(s) or non-loan benefit(s)?  Yes ☐  No ☐

Examples of "active discouragement" include statements by a USDA official that, at the time the Claimant attempted to apply, (a) no funds were available; (b) no application forms were available; or (c) USDA was not accepting or processing applications.

In re Black Farmers Discrimination Litigation
CLASS ACTION CLAIM FORM
Civil Action No. 1:08-mc-0511 (PLF)

412004522956  Tracking #: 29980
Leroy McKeller

For questions regarding this Claim Form call toll-free at 1-877-810-8110 or email questions@blackfarmercase.com

## 7  SECTION SEVEN: CLAIM INFORMATION, continued

**7F** Did USDA's treatment of the Claimant's loan or non-loan benefit application(s) or his or her attempt to apply for a loan or non-loan benefit lead to economic loss* for him or her?   Yes [✓]   No [ ]

*Examples of "economic loss" include lost money, lost income, inability to earn income that the Claimant otherwise would have been able to earn through farming; being forced to sell assets in order to farm or to continue farming, lower crop or livestock yields, higher interest rates charged by another bank that did give a loan, loss of land, or loss of opportunity to purchase land.

**7F.i** If Yes to Question 7F, explain the type of economic loss the Claimant suffered as a result of USDA's treatment.

I was unable to purchase my tractor and other equipment. Thus, I was unable to grow and sell the vegetables to take care of my family.

**7G** Did the Claimant complain of discrimination to an official of the United States Government on or before July 1, 1997, regarding USDA's treatment of him or her in response to his or her application(s) or attempt(s) to apply?   Yes [✓]   No [ ]

**7G.i** If Yes to Question 7G, explain when, how, and to whom the Claimant complained (including the title or position of the person if you know it), and what the Claimant complained about. Include in your answer any employee of the federal government to whom the Claimant made a complaint, regardless of the level or position they held.

I phoned Congressman's office and they referred me back to the USDA.

COURTESY COPY

In re Black Farmers Discrimination Litigation
CLASS ACTION CLAIM FORM
Civil Action No. 1:08-mc-0511 (PLF)


412004622966   Tracking #: 29980
Leroy McKellar

For questions regarding this Claim Form
call toll-free at 1-877-810-8110
or email questions@blackfarmercase.com

## 7 SECTION SEVEN: CLAIM INFORMATION, continued

**7H** Does the Claimant have eligible outstanding USDA/FSA Farm Loan program debt for which you seek relief?   Yes ☐   No ☒

*Eligible outstanding USDA/FSA Farm Loan Program debt is debt from a loan that: (1) is the basis of the Claimant's claim; (2) was part of the same loan program as the loan that is the basis of the Claimant's claim, originated at the same time or subsequent to the loan that is the basis of the Claimant's claim but prior to January 1, 1997, and has not been the subject of a final administrative decision against the Claimant or federal or state court judgement against the Claimant that has become final; OR (3) a new loan into which a loan described in Sections (1) or (2) has been consolidated or restructured.*

**7H.i** If Yes to Question 7H, provide as much of the following information as possible about each eligible outstanding USDA / FSA Farm Loan Program loan:

| USDA/FSA Account Number | Loan Program | Loan Number | Year Loan Obtained | USDA or FSA County Office Where Loan Obtained | Outstanding Loan Balance |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

IF YOU ANSWERED YES TO QUESTION 7H, YOU MUST ALSO COMPLETE AN **AUTHORIZATION TO DISCLOSE DEBT INFORMATION FORM**, WHICH CAN BE OBTAINED FROM THE CLAIMS ADMINISTRATOR AT 1-877-810-8110 OR AT WWW.BLACKFARMERCASE.COM.

THIS AREA INTENTIONALLY LEFT BLANK

In re Black Farmers Discrimination Litigation
**CLASS ACTION CLAIM FORM**
Civil Action No. 1:08-mc-0511 (PLF)


4120045522958  Tracking #: 29980
Leroy McKeller

For questions regarding this Claim Form call toll-free at 1-877-810-8110 or email questions@blackfarmercase.com

## 8 SECTION EIGHT: ELECTION OF TRACK A OR TRACK B

### YOU MUST SELECT EITHER TRACK A OR TRACK B.

After reviewing the descriptions of Track A and Track B, check one box to select the Track you wish to pursue. Your selection is final and cannot be changed, except that persons selecting Track B may switch to Track A within thirty (30) days of being being notified by the Claims Administrator of the number of Track B elections.

Because this decision has important consequences, you are strongly encouraged to discuss these options with a lawyer.

**DESCRIPTION OF TRACK A:** To be eligible for relief under Track A, the Claimant must satisfy the elements of Track A (Questions 7A-7H in this Claim Form) by "substantial evidence" (a lower burden of proof than required for Track B).

If the Claimant satisfies the requirements for Track A, he or she is eligible for a cash payment of (1) up to $50,000 for claims based on discrimination in a loan program, regardless of the number of credit claims the Claimant has; and/or (2) up to $3,000 for claims of discrimination in a non-loan benefit program, regardless of the number of non-loan claims the Claimant has; an additional payment in recognition of outstanding USDA Farm Service Agency (USDA/FSA) Farm Loan Program debt, which will be paid directly to the USDA on the Claimant's behalf; and (3) an income tax payment worth 25% of the total of the cash payment plus 25% of the total of the principal amount of the loan award, which will be paid directly to the IRS on the Claimant's behalf. These amounts are subject to reduction, depending on the amount of funding available and the number of prevailing claims. No payments will be made until all claims have been evaluated.

To be eligible for relief under Track A, you must have filled out each and every question in Section 7 of this Claim Form, including requests for explanation and clarification.

**DESCRIPTION OF TRACK B:** To be eligible for relief under Track B, the Claimant must establish the elements of Track B (Questions 7A-7D, 7F-7H, and 9A-9C of this Claim Form) by a "preponderance of the evidence" (a higher burden of proof than required for Track A), by providing written records and other evidence which would be admissible in court under the Federal Rules of Evidence. If the Claimant satisfies the requirements for Track B, he or she is eligible for a cash payment equal to the actual losses suffered up to $250,000. This amount is subject to reduction, depending on the amount of funding available and the number of prevailing claims. No payments will be made until all claims have been evaluated. Under Track B, the Claimant is not eligible for a loan award or tax award, which means the Claimant will be responsible for the full amount of the taxes due for any Track B award.

In addition to filling out each and every question in Section 7 (except Question 7E (attempted to apply), which is not permitted for Track B), to obtain relief under Track B, you must also:

- Respond to Questions 9A, 9B, and 9C.
- For Questions 7F and 9B, submit evidence to support the Claimant's claim of economic loss.
- Submit independent, documentary evidence admissible under the Federal Rules of Evidence for every Question in Section 7 (except Question 7E (attempted to apply), which is not permitted for Track B) of this Claim Form and for Questions 9A and 9B.
  o For Question 7G (complaint) and Question 9A (similarly situated white farmer), instead of written evidence or other documents admissible in Court under the Federal Rules of Evidence, you may provide a sworn written statement by an individual who is not a member of the Claimant's family describing his or her personal knowledge of the Claimant's complaint of discrimination or a specific white farmer in the Claimant's circumstances who was treated more favorably than the Claimant by USDA.
  o The USDA or FSA loan or servicing application(s) and any supporting documents that are the basis of the claim are deemed admissible under the Federal Rules of Evidence when accompanied by a sworn statement by you that the loan or servicing application(s) and supporting documents were submitted to USDA or FSA on or about the date of the application(s). USDA or FSA documents that were provided to the Claimant in response to the Claimant's loan or servicing application(s) are also deemed admissible under the Federal Rules of Evidence when accompanied by a sworn statement by you that the Claimant received the USDA or FSA documents in response to the Claimant's loan or servicing application(s).

Because of the above requirements, it may be very difficult to prevail on a Track B claim. You are strongly encouraged to consult with an attorney before selecting Track B.

**8A** After reviewing the descriptions above, select Track A or Track B by checking the appropriate check box:

Track A ☒    Track B ☐

Your selection is final and cannot be changed, except that persons selecting Track B may switch to Track A within thirty (30) days of being notified by the Claims Administrator of the number of Track B elections.

### IF YOU SELECTED TRACK A, go to SECTION 10.

IF YOU SELECTED TRACK B, answer the following additional questions in SECTION 9 (which are not required for Track A).

**In re Black Farmers Discrimination Litigation**
**CLASS ACTION CLAIM FORM**
Civil Action No. 1:08-mc-0511 (PLF)


4120045229856  Tracking #: 29980
Leroy McKellar

For questions regarding this Claim Form
call toll-free at 1-877-810-8110
or email questions@blackfarmercase.com

## 9  SECTION NINE: TRACK B QUESTIONS

ANSWER THE QUESTIONS IN THIS SECTION **ONLY** IF YOU HAVE SELECTED TRACK B

**9A**  Was the USDA's treatment of the Claimant less favorable than that of a similarly situated white farmer(s)?   Yes ☒   No ☐

**9A.1**  If Yes to Question 9A, (1) identify the similarly situated white farmer(s); (2) explain how the Claimant was similarly situated with respect to the Claimant's farm operations; and (3) describe how the white farmer was treated more favorably by USDA.

N/A

**9B**  Provide the dollar amount of economic damages the Claimant is claiming:   $30,600.00

Provide below any evidence or explanation supporting the amount of economic damages the Claimant is claiming. You are also required to submit with this Claim Form documentary evidence supporting your claimed amount of economic damages in addition to the explanation provided below. Because determining the amount of economic damages is often difficult, you are permitted to provide the written testimony of an expert witness you hire to help support the Claimant's damages claim.

I was unable to grow and sell my produce due to a lack of funds

**9C**  If the Claimant's claim under Track B is approved, attorney's fees, costs, and expenses will be paid automatically to your attorney as a percentage of the award. The amount of this percentage is negotiated between you and your attorney, but may not exceed 8% of the cash award. The payment of a fee under Track B is contingent upon the success of the Claimant's claim.

Indicate the fee percentage (8% or less) that you have agreed with your attorney will be paid to him or her if the Claimant's Track B claim is successful.   ☐☐ %

In re Black Farmers Discrimination Litigation
**CLASS ACTION CLAIM FORM**
Civil Action No. 1:08-mc-0511 (PLF)


412009522956  Tracking #: 29960
Leroy McKeller

For questions regarding this Claim Form
call toll-free at 1-877-810-8110
or email questions@blackfarmercase.com

## 10 SECTION TEN: ACKNOWLEDGEMENTS

Before your claim can be considered, you must acknowledge that you have read and understand several requirements of the claims process. Please indicate your acknowledgement by checking the box at the right of each statement.

A. You will be bound by the Neutral's ruling on the Claimant's claim, and the Neutral's decision will be the final determination on the claims. You forever and finally give up the right to "appeal" or seek review of the Neutral's decision in any court (or before any other tribunal) and forever and finally release USDA from any and all claims raised that have been or could have been raised in *In re Black Farmers Discrimination Litigation*.  *Understand and Agree* ☒

B. You will be bound by any ruling by the Claims Administrator on the Claimant's claim. You forever and finally give up the right to "appeal" or seek review of the Claims Administrator's decision(s) in any court (or before any other tribunal).  *Understand and Agree* ☒

C. If you submit a claim under Track A and the Neutral concludes that it meets the requirements for an award under the Settlement, the Claimant may receive a payment to reduce or pay off eligible outstanding United States Department of Agriculture (USDA)/Farm Service Agency (FSA) debt (See Question 7H earlier in Claim Form). This "loan" payment will be made directly to USDA/FSA on the Claimant's behalf. The payment may not fully pay off all of the Claimant's outstanding loans to USDA/FSA. Neither USDA/FSA nor the United States will forgive any debt(s) simply because of a determination in the Claimant's favor. Interest on the Claimant's loan will continue to accrue unless and until the debt is fully paid. USDA/FSA maintains any and all options for servicing and recovering outstanding debt, including, but not limited to, acceleration and foreclosure, except that no acceleration and foreclosure action will take place until the Claimant's claim is decided.  *Understand and Agree* ☒

D. If you submit a claim under Track A and the claim is approved, the Claimant will receive a payment to reduce a portion of the income tax he or she may owe because of the amount paid to the Claimant (or the amount paid to USDA if a debt payment is made) as an award. This payment will be made directly to the Internal Revenue Service on the Claimant's behalf. This may not pay off all of the taxes that the Claimant will owe. The Claimant is responsible for complying with all applicable federal, state, and local tax requirements that arise as a result of any payment received on his or her claim. This includes payment of taxes for any cash payments, debt payments, or tax payments the Claimant may be awarded. If this tax payment more than covers the Claimant's tax obligation, the amount over what was owed is refundable to the Claimant.  *Understand and Agree* ☒

E. Your failure to complete this Claim Form and provide any necessary documentation with this Claim Form as requested by the Claims Administrator will result in denial of the Claimant's claim.  *Understand and Agree* ☒

As a reminder, in addition to this Claim Form, you will need to include the following additional documents for your Claim Package to be considered:

  i. If you are filing on behalf of a deceased Claimant or someone who is unable to submit a claim due to a physical or mental limitation and you have been appointed by a Court as a legal representative of such Claimant (Sections 4 and 5), you must submit written Proof of Legal Representation.

  ii. If you are filing on behalf of a deceased Claimant (Section 4), you must submit a copy of the death certificate for the deceased Claimant.

  iii. If the Claimant is not on the Timely 5(g) List, you must submit written record(s) showing the Claimant filed a "late-filing request" under Section 5(g) of the *Pigford* Consent Decree on or between October 13, 1999 and June 18, 2008.

  iv. If you answered Yes to Question 7H, and the Claimant is claiming payment in recognition of outstanding debt (only available for Track A Claimants), you must complete and submit an Authorization to Disclose Debt Information Form, which can be obtained from the Claims Administrator at 1-877-810-8110 or at www.blackfarmercase.com.

  v. If you are filing under Track B, you must submit independent documentary evidence and, where permitted, sworn statements in support of the Claimant's claim.



**In re Black Farmers Discrimination Litigation**
**CLASS ACTION CLAIM FORM**
Civil Action No. 1:08-mc-0511 (PLF)



412004522956    Tracking #: 29980
Leroy McKeller

For questions regarding this Claim Form call toll-free at 1-877-810-8110 or email questions@blackfarmercase.com

## 11 — SECTION ELEVEN: ADDITIONAL INFORMATION

*Provide any additional information that you believe is relevant to the Claimant's claim. If you are using this space to continue earlier answers for which there was insufficient space provided, please indicate the number of the Question you are continuing. You may enclose additional sheets with any information or evidence you believe is relevant and would like to be considered in support of your claim.*

[Blank lined response area]

COURTESY COPY

In re Black Farmers Discrimination Litigation
CLASS ACTION CLAIM FORM
Civil Action No. 1:08-mc-0511 (PLF)



412004522956  Tracking #: 29980
Leroy McKellar

For questions regarding this Claim Form call toll-free at 1-877-810-8110 or email questions@blackfarmercase.com

## 12  SECTION TWELVE: DECLARATION AND SUBSTITUTE W-9

Review this Section, then sign and date below in the space provided. If the Claimant's claim is approved but you fail to complete the Substitute W-9, the award may be subject to backup withholding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that (please check all that apply):

The answers made in this Claim Form are true and correct and all enclosures are true and correct copies.  [X]

The number provided in "Section 1: Claimant Information" is the correct Social Security Number or Taxpayer Identification Number for this Claimant.  [X]

The Claimant is NOT subject to backup withholding because: (a) the Claimant is exempt from backup withholding, or (b) the Claimant has not been notified by the Internal Revenue Service (IRS) that the Claimant is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Claimant that he or she is no longer subject to backup withholding.  [X]

The Claimant is a U.S. citizen or other U.S. person.  [X]

The Internal Revenue Service does not require your consent to any provision of this document other than the above certifications required to avoid backup withholding.

| Signature of Claimant or Submitter | Date Signed |
|---|---|
| Leroy McKellar | 2-22-2012 |

## 13  SECTION THIRTEEN: DECLARATION OF ATTORNEY (IF APPLICABLE)

I swear, under penalty of perjury, that to the best of my knowledge, information, and belief formed after an inquiry reasonable under the circumstances, this claim is supported by existing law and the factual contentions have evidentiary support.

| Signature of Attorney | Date Signed |
|---|---|
|  |  |

Submit this form by May 11, 2010.

Claims Administrator
PO Box 4028
Portland, OR 97208-4028