# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL CASES | )<br>)<br>)<br>)   Misc. No. 08-mc-0511 (PLF)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S MEMORANDUM OPINION AND ORDER

Defendant Thomas J. Vilsack, Secretary of the United States Department of Agriculture, by and through undersigned counsel, hereby moves for an extension of time until October 30, 2015, to respond to the Court's Memorandum Opinion and Order dated September 3, 2015 ("Order"). (ECF No. 430). Defendant states that this unopposed motion is supported by good cause as follows:

1. On February 18, 2010, the parties in this consolidated action reached a class-wide settlement agreement, which the Court approved on October 27, 2011. (ECF No. 231). Section V.E.13 of the Settlement Agreement, as amended by the Court on April 7, 2014 (*see* ECF No. 405), provides for the distribution of unclaimed settlement funds to *cy pres* beneficiaries proposed by Class Counsel and approved by the Court.

2. On September 3, 2015, the Court issued an Order directing the parties to file briefs addressing certain issues related to the *cy pres* distribution of unclaimed settlement funds that is contemplated by the Settlement Agreement. The Court directed the parties to file these briefs on or before October 9, 2015. (ECF No. 430).

3.      On September 30, 2015, Megan A. Crowley, a trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, filed a notice of substitution of counsel, entering her appearance in this action as counsel of record for Defendant in place of Tamra Moore.

4.      In order to allow undersigned counsel to adequately familiarize herself with the procedural history of this case and the issues raised in the Court's Order, Defendant respectfully seeks an extension of three weeks to file its response.  Defendant believes that this time is necessary to allow undersigned counsel to prepare a thorough response and to consult with responsible agency officials of the United States Department of Agriculture and the Department of Justice.

5.      Finally, the requested three-week extension should not impede a speedy resolution of this matter.  If granted the extension, Defendant will file its response to the Court's Order on or before October 30, 2015.

6.      On September 30, 2015, undersigned counsel contacted Class Counsel by email. Class Counsel informed undersigned counsel that Plaintiffs do not oppose the requested extension.

Dated: September 30, 2015                    Respectfully submitted,

                                             BENJAMIN C. MIZER
                                             Principal Deputy Assistant Attorney General

                                             LESLEY FARBY
                                             Assistant Branch Director

                                             */s/ Megan A. Crowley*
                                             MEGAN A. CROWLEY
                                             N.Y. Bar No. 4930376

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20001
Email: megan.a.crowley@usdoj.gov
Telephone: (202) 305-0754
Fax: (202) 616-8470

*Attorneys for Defendant*