# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ))))))))))) This document relates to: ALL CASES | Misc. No. 08-mc-0511 (PLF) |

### CLASS COUNSEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S MEMORANDUM OPINION AND ORDER

Class Counsel hereby move for an extension of time until October 30, 2015, the date on which Defendant's response is now due, to respond to the Court's Memorandum Opinion and Order dated September 3, 2015 ("Order"). (Dkt. No. 430). Under the Order, both Parties' responses were due October 9, 2015. Upon Defendant's unopposed motion, the Court extended the time for Defendant's response to October 30, 2005. Class Counsel now seek an extension for the same period, and state that their unopposed motion is supported by good cause:

1. On September 3, 2015, the Court issued an Order directing the parties to file briefs addressing certain issues related to the *cy pres* distribution of unclaimed settlement funds that is contemplated by Section V.E.13 of the Settlement Agreement, as amended by the Court on April 7, 2014 (*see* Dkt. No. 405). The Court directed the parties to file these briefs on or before October 9, 2015. (ECF No. 430).

2. On September 30, 2015, Defendant filed an unopposed motion requesting an extension, until October 30, 2015, to file its response (Dkt. No. 432).

3. On October 2, 2015, the Court granted Defendant's request. (Dkt. No. 433).

4. Class Counsel now seek additional time in which to respond to the Court's Order so that they may consult with each other more fully in preparing their response.

5. Given the extension already granted to Defendant, the three-week extension requested by Class Counsel should not delay the resolution of this matter. If granted the requested extension, Class Counsel will file their response to the Court's Order on or before October 30, 2015.

6. Defendant's counsel has authorized Class Counsel to indicate that the Defendant does not oppose this request by Class Counsel's for the same extension of time granted Defendant.

Respectfully submitted,

/s/ Henry Sanders
Henry Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, LLC
One Union Street
Selma, AL 36701
Tel: (334) 875-9264
Fax: (334) 875-9853

/s/ Andrew H. Marks
Andrew H. Marks
D.C. Bar No. 932269
COFFEY BURLINGTON P.L.
2699 South Bayshore Drive
Miami, FL 33133
Tel: (305) 858-2900
Fax: (305) 858-5261

/s/ Gregorio A. Francis
Gregorio A. Francis
MORGAN & MORGAN, PA
20 North Orange Avenue, #1600
Orlando, FL 32801
Tel: (407) 420-1414

Dated: October 6, 2015

## **CERTIFICATE OF SERVICE**

I certify that on October 6, 2015, I served a copy of the above Unopposed Motion for Extension of Time on all counsel of record by filing a copy via the ECF system.

/s/ *Andrew H. Marks*
Andrew H. Marks

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION ) ) ) ) | Misc. No. 08-mc-0511 (PLF) |

## PROPOSED ORDER

Upon consideration of Class Counsel's Unopposed Motion for Extension of Time to Respond to the Court's September 3, 2015 Memorandum Opinion and Order, it is hereby ORDERED that the Motion is GRANTED.

ACCORDINGLY, Class Counsel's brief in response to the Court's September 3, 2015 Memorandum Opinion and Order shall be filed on or before October 30, 2015.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

Date: _____