UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION <br><br>This document relates to: <br><br>ALL CASES | Misc. No. 08-mc-0511 (PLF) |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
MEMORANDUM OF CLASS COUNSEL FILED ON OCTOBER 28, 2015**

Lead Class Counsel hereby move this Court to permit the withdrawal of the Memorandum of Class Counsel Regarding *Cy Pres* Provisions of the Settlement Agreement and Order filed on October 28, 2015 in response to the Memorandum Opinion and Order issued by the Court on September 3, 2015.  Subsequent to the filing of Class Counsel's October 28 Memorandum, the Court, by order dated November 19, 2015, set a new briefing schedule and directed Class Counsel to address certain issues in addition to the issues identified in the Court's September 3 Order.  In light of the Court's November 19 Order, Lead Class Counsel seek leave to withdraw their October 28 filing.  In accordance with the Court's November 19 Order, Lead Class Counsel will file a new memorandum on or before December 18, 2015 that will address both the issues identified in the Court's September 3 Order and the additional issues identified in the Court's November 19 Order.

Pursuant to Local Rule 7(m), Lead Class Counsel have conferred with counsel for the Defendant.  Counsel for the Defendant does not oppose the relief sought herein.

Respectfully submitted,

/s/ Henry Sanders                          /s/ Andrew H. Marks
Henry Sanders                               Andrew H. Marks
CHESTNUT, SANDERS, SANDERS,                  D.C. Bar No. 932269
PETTAWAY & CAMPBELL, LLC                    COFFEY BURLINGTON P.L.
One Union Street                            2601 South Bayshore Drive
Selma, AL  36701                            Miami, FL  33133
Tel:  (334) 875-9264                        Tel:  (305) 858-2900
Fax:  (334) 875-9853                        Fax:  (305) 858-5261


/s/ Gregorio A. Francis
Gregorio A. Francis
MORGAN & MORGAN, PA
20 North Orange Avenue, #1600
Orlando, FL  32801
Tel:  (407) 420-1414


Dated: November 30, 2015

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2015, I served this Motion via ECF on the following attorney for the Defendant and on all other counsel of record:

Megan A. Crowley, Esq.
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530

/s/ Andrew H. Marks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Misc. No. 08-mc-0511 (PLF) |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to Withdraw Memorandum of Class Counsel dated November 30, 2015, and the entire record herein, it is hereby

ORDERED that the Unopposed Motion for Leave to Withdraw Memorandum of Class Counsel be and hereby is granted; and is

FURTHER ORDERED, that the Clerk of the Court shall strike from the docket in this proceeding the October 28, 2015 Memorandum of Class Counsel Regarding *Cy Pres* Provisions of the Settlement Agreement and Order.

                                                             PAUL L. FRIEDMAN
                                                             United States District Judge

DATE: