UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Misc. No. 08-mc-0511 (PLF) |

**LEAD CLASS COUNSEL'S INTERIM STATUS REPORT CONCERNING
DISBURSEMENT OF REMAINING CY PRES FUNDS**

On October 27, 2011, the Settlement Agreement in this matter (Docket No. 170, Ex. 2) was approved by the Court (hereinafter "Settlement Order") (Docket No. 231). The Court subsequently approved revisions to Section V.E.I3 of the Settlement Agreement on August 27, 2013 (Docket No. 381), April 7, 2014 (Docket No. 405), March 31, 2016 (Docket No. 457), and March 28, 2017 (Docket No. 486).

Section V.E.13 of the Settlement Agreement, as modified, states:

In the event there is a balance remaining in the Designated Account after the last check has been cashed, the last check has been invalidated due to passage of time, and after the passage of time set forth in Section V.E.12, Class Counsel may then move the Court to designate "Cy Pres Beneficiaries" and propose an allocation of the available cy pres funds among such proposed Cy Pres Beneficiaries. A Cy Pres Beneficiary must be either (a) a law school that has a low-income taxpayer clinic or program that provides tax advice or assistance to

Class Members who have received an award under the Settlement Agreement

and that has been approved by the Court or (b) a tax-exempt non-profit organization, other than a law firm, legal services entity, or educational institution, that is providing agricultural, business assistance, or advocacy services, including assistance under *Pigford* and the Consolidated Case, to African American farmers. If a Subparagraph (a) Cy Pres Beneficiary is approved by the Court, then the Court shall determine the reasonable payment to be made to such Beneficiary from any balance in the Designated Account. Following any payment to a Subparagraph (a) Beneficiary, the Court shall designate the Subparagraph (b) Cy Pres Beneficiaries and determine how much of the available cy pres funds each suchbeneficiary shall receive. The Claims Administrator shall send to each Cy Pres Beneficiary, via first class mail, postage prepaid, a check in the amount of the Beneficiary's share.

On April 8, 2016, the Court held that it would enforce the cy pres provision of the Settlement Agreement, as modified, and directed class counsel to "begin the process of identifying potential cy pres beneficiaries as contemplated by Section V.E.13." (Docket No. 458).

## THE CY PRES PROCESS

Following distribution of the settlement proceeds to qualifying claimants, the amount remaining as *cy pres* funds was $12,030,716. On December 8, 2017, Lead Class Counsel moved the Court to approve the distribution of $4,208,425 of the cy pres funds to a total of 26 grantees. (Docket No. 496.) The Court approved that distribution on January 10, 2018. (Docket No. 500).

In that Motion, Lead Class Counsel proposed a two-phase distribution process, with Phase I funds being granted by late 2017 or early 2018 and Phase II funds being awarded at a later date. In making this recommendation, Lead Class Counsel stated that a second phase of the cy pres process would afford Class Counsel the opportunity to seek input and engagement from African-American farmers and ranchers, advocates, and allies in terms of the most strategic and impactful ways the cy pres funds can be used to promote and support African-American farmers.

Lead Class Counsel further indicated in that Motion that they hoped that the more than $8 million of remaining cy pres funds could be used to support and build a robust, sustained, and empowered African-American farming community in America. To that end, Lead Class Counsel convened a conference in Atlanta on March 16-17, 2018 of Phase I cy pres grant recipient organizations, African-American farmers and ranchers, and other stakeholders for the purpose of developing a shared vision and identifying strategic priorities for a thriving African-American farming community. Nearly 100 farmers, advocates, and representatives of Black farmer organizations attended this "Phase II Conference." The goals of the Conference included:

> (1) Creating an opportunity for African-American farmers and ranchers and the organizations that serve them to make further connections and develop new and stronger networks to enhance their collective efforts.
>
> (2) Identifying the forces inhibiting African-American farmers and ranchers and exploring how the Phase II cy pres funds could be used to address these issues and to expand support and resources for African-American farmers and ranchers; and
>
> (3) Beginning the process of developing a common vision of how African-American farmers and ranchers and the organizations that serve them can harness the valuable strengths they possess, along with Phase II cy pres funds, to support and sustain a thriving and vibrant African-American agricultural community.

At the conclusion of the Conference, the Conference attendees selected an eight-member council – referred to as the "Black Farmer Council" – that was tasked with developing a proposal for the use of the remaining cy pres funds. Under the leadership of Cornelius Blanding, Shirley Sherrod, and Calvin King, the Council developed a preliminary proposal to use the remaining cy pres funds to establish a financial institution dedicated to providing grants, loans, and emergency aid to Black farmers. The Council wanted an institution that would help Black farmers financially

because lack of financing was at the root of the Black Farmers cases. In addition, the establishment of such an institution would extend the powerful national symbolism which the Black Farmers cases have become. In July 2019, Lead Class Counsel transmitted to the attendees of the Phase II Conference the Council's preliminary proposal and invited comments.

Since that time, the Black Farmer Council has continued to work to refine and develop a proposal for the establishment of what it refers to as a Black Farmers Financing Association ("BFFA"). That work has included the engagement of a consultant, William L. Melton, who has substantial leadership experience and expertise with farm credit organizations.

As a result of these efforts, the Council recently provided Lead Class Counsel with an assessment of the feasibility of establishing a Black Farmer Financing Association designed to support underserved agricultural producers in 12 Southern states with accessible short-term financing for their operations. A copy of this Black Farmer Financing Feasibility Assessment is attached as Exhibit A.

Lead Class Counsel is encouraged by the considerable effort that has gone into the development of this proposal to date and believes that the use of the remaining $8 million in cy pres funds to help establish such a Black Farmer Financing Association warrants serious consideration by the Court. At the same time, both Lead Class Counsel and the Black Farmer Council recognize that considerable further work needs to be done to develop the concept of the Black Farmer Financing Association into a fully-developed business plan for the Court to review for the purpose of authorizing the use of the remaining cy pres funds for this purpose. Because that next phase of the development of the business plan will require the investment of significant additional time and

financial resources, Lead Class Counsel are filing this interim report with the Court so that the Court, if it deems it appropriate, can advise Lead Class Counsel whether the Court is open to the use of the remaining cy pres funds for the purpose of helping launch a Black Farmer Financing Association.

Respectfully submitted,

/s/ Henry Sanders
Henry Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, LLC
One Union Street
Selma, AL   36701
Tel: (334) 875-9264 / Fax: (334) 875-9853

/s/ Andrew H. Marks
Andrew H. Marks / DC Bar No. 932269
COFFEY BURLINGTON P.L.
2699 South Bayshore Drive
Miami, FL   33133
Tel: (305) 858-2900 / Fax: (305) 858-5261

/s/ Gregorio A. Francis
Gregorio A. Francis
MORGAN & MORGAN, PA
20 North Orange Avenue, #1600
Orlando, FL   32801
Tel: (407) 420-1414

Dated: September 21, 2021

## CERTIFICATE OF SERVICE

I certify that on September 21, 2021, I served a copy of the above on all counsel of record by filing a copy via the ECF system.

/s/  Andrew H. Marks
Andrew H. Marks