**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re BLACK FARMERS DISCRIMINATION LITIGATION | ) ) ) ) | Misc. No. 08-0511 (PLF) |

## DEFENDANT'S RESPONSE TO MOTION

Defendant respectfully responds to the Opposition to Motion to Approve Distribution of Remaining Cy Pres Funds by Movant John Boyd, Jr. and the National Black Farmers Association ("NBFA") and Motion for Alternative Distribution, ECF 534. Mr. Boyd and the NBFA request that the Court "deny Lead Class Counsel's proposal to distribute the remaining *cy pres* funds to [the Southern Farmers Financial Association ("SFFA")] through the [Federation of Southern Cooperatives ("the Federation")] as its fiscal sponsor;" and move the Court to "direct those funds to the NBFA" or, in the alternative, "distribute the remaining funds among the existing Phase I beneficiaries, excluding the Federation as well as entities that do not qualify under Section V.E.13 of the Settlement Agreement." ECF 534, at 9.

The government notes that it also opposes Lead Class Counsel's pending proposal to allocate the remaining *cy pres* funds to SFFA. *See* Defendant's Opposition, ECF 532, incorporated without restatement. Defendant responds here to address the affirmative relief requested in Mr. Boyd and NBFA's motion. Specifically, the government opposes their request to direct the remaining approximately $8 million in *cy pres* funds solely to the NBFA.

Dated: July 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

AMBER RICHER
Assistant Branch Director

/s/ *Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-8491
olivia.hussey.scott@usdoj.gov
*Counsel for Defendant*